1
2

[*COUNSEL INFORMATION LISTED ON SIGNATURE PAGES*]

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10

In re GOOGLE DIGITAL PUBLISHER
ANTITRUST LITIGATION

No.: 5:20-cv-08984-BLF

11

12

13

**STIPULATION AND [PROPOSED]
ORDER REGARDING ATTORNEYS'
*PRO HAC VICE* ADMISSIONS**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS on March 10, 2021, the Court consolidated the following Publisher matters:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF

- *Genius Media Group, Inc. et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF

- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF

- *Astarita v. Google LLC et al.*, No. 5:21-cv-00022-BLF

- *JLaSalle Enterprises LLC v. Google LLC*, No. 5:21-cv-00748-BLF

- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF

into a master consolidated action, *In re Google Digital Publisher Antitrust Litigation,* No. 5:20-cv-08984, and ordered that the *Genius Media*, *Sterling*, *Astarita*, *JLaSalle*, and *Mikula* matters be administratively closed. *Digital Advertising*, Dkt. 114; *Digital Publisher*, Dkt. 49.

WHEREAS certain counsel for plaintiffs in the Publisher matters, applied for and received permission to appear *pro hac vice* to represent their respective clients in the underlying matters as follows:

- *Sweepstakes Today, LLC v. Google LLC et al.*, No. 5:20-cv-08984-BLF

  For Sweepstakes Today, LLC:

  o John C. Herman, admitted on January 26, 2021. *Sweepstakes*, Dkt. 36.

  o Stuart A. Davidson, admitted on February 18, 2021. *Sweepstakes*, Dkt. 46.

- *Genius Media Group, Inc. et al. v. Alphabet Inc. et al.*, No. 5:20-cv-09092-BLF

  For Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.:

  o David Boies, admitted on December 23, 2020. *Genius Media*, Dkt. 21.

  o Philip C. Korologos, admitted on December 23, 2020. *Genius Media*, Dkt. 22.

  o Abby L. Dennis, admitted on December 23, 2020. *Genius Media*, Dkt. 23.

  o Jesse M. Panuccio, admitted on December 23, 2020. *Genius Media*, Dkt. 24.

1         o   Sabria A. McElroy, admitted on December 23, 2020. *Genius Media*, Dkt.
2             25.
3         o   George A. Zelcs, admitted on January 4, 2021. *Genius Media*, Dkt. 46.
4         o   Stephen M. Tillery, admitted on January 4, 2021. *Genius Media*, Dkt. 47.
5         o   Carol L. O'Keefe, admitted on January 4, 2021. *Genius Media*, Dkt. 48.
6         o   Robert Litan, admitted on January 4, 2021. *Genius Media*, Dkt. 49.
7         o   Randall P. Ewing, Jr., admitted on January 4, 2021. *Genius Media*, Dkt.
8             50.
9         o   Jamie L. Boyer, admitted on January 4, 2021. *Genius Media*, Dkt. 51.
10        o   Jonathon D. Byrer, admitted on January 4, 2021. *Genius Media*, Dkt. 52.
11        o   Ryan Z. Cortazar, admitted on January 4, 2021. *Genius Media*, Dkt. 53.
12        o   Brianna S. Hills, admitted on March 2, 2021. *Genius Media*, Dkt. 80.

- *Sterling International Consulting Group v. Google LLC*, No. 5:20-cv-09321-BLF
  - For Sterling International Consulting Group:
    - o   Daniel J. Walker, admitted on January 11, 2021. *Sterling*, Dkt. 18.
    - o   Michael C. Dell' Angelo, admitted on January 11, 2021. *Sterling*, Dkt. 19.
    - o   Michaela Wallin, admitted on January 11, 2021. *Sterling*, Dkt. 20.
    - o   Eric L. Cramer, admitted on January 11, 2021. *Sterling*, Dkt. 21.
    - o   Patrick F. Madden, admitted on January 11, 2021. *Sterling*, Dkt. 22.
    - o   Caitlin G. Coslett, admitted on February 12, 2021. *Sterling*, Dkt. 38.
- *Mikula Web Solutions, Inc. v. Google LLC*, No. 5:21-cv-00810-BLF
  - For Mikula Web Solutions, Inc.:
    - o   Daniel E. Gustafson, admitted on February 9, 2021. *Mikula*, Dkt. 10.
    - o   Sharon S. Almonrode, admitted on February 23, 2021. *Mikula*, Dkt. 14.
    - o   Kenneth A. Wexler, admitted on March 2, 2021. *Mikula*, Dkt. 17.
    - o   Kara A. Elgersma, admitted on March 2, 2021. *Mikula*, Dkt. 18.

1   WHEREAS counsel for plaintiff Mark Astarita applied for and received permission to

2  appear *pro hac vice* in *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556-

3  BLF, as follows:

4   For Mark Astarita (along with certain Advertiser Plaintiffs):

5   o   Archana Tamoshunas, admitted on March 2, 2021. *Digital Advertising*,

6   Dkt. 105.

7   o   April D. Lambert, admitted on March 2, 2021. *Digital Advertising*, Dkt.

8   106.

9   o   John D. Radice, admitted on March 2, 2021. *Digital Advertising*, Dkt. 107.

10   WHEREAS counsel referenced above respectfully requests continuing permission to

11  appear *pro hac vice* in the master consolidated action, *In re Google Digital Publisher Antitrust*

12  *Litigation*, No. 5:20-cv-08984, without resubmitting an application for *pro hac vice* admission in

13  the *Digital Publisher* matter.

14   WHEREAS counsel for Defendants Google LLC, Alphabet Inc. and YouTube LLC do

15  not oppose the request.

16   THEREFORE, the parties through their respective counsel of record, stipulate as follows:

17   Attorneys admitted *pro hac vice* in the matters referenced above may continue to appear

18  *pro hac vice* in the master consolidated action, *In re Google Digital Publisher Antitrust*

19  *Litigation*, No. 5:20-cv-08984, without resubmitting an application for *pro hac vice* admission in

20  the *Digital Publisher* matter.

21

22   **SO STIPULATED.**

23

24  Dated: March 11, 2021          ROBBINS GELLER RUDMAN
                                   & DOWD LLP

25

26   By: */s/ David W. Mitchell*
                                   David W. Mitchell
27                                 Steven M. Jodlowski
                                   655 West Broadway, Suite 1900
28                                 San Diego, CA  92101-8498
                                   Telephone:  619/231-1058
                                   619/231-7423 (fax)

1                                davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

2

3                                PAUL J. GELLER**
STUART A. DAVIDSON*

4                                Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500

5                                Boca Raton, FL  33432
Telephone:  561/750-3000

6                                561/750-3364 (fax)

7                                John C. Herman*

8                                 (GA Bar No. 348370)
Serina M. Vash**

9                               (NJ Bar No.  041142009)
HERMAN JONES LLP

10                             3424 Peachtree Road, N.E., Suite 1650
Atlanta, Georgia 30326

11                             Telephone:  (404) 504-6500

12                             Facsimile:  (404) 504-6501
jherman@hermanjones.com

13                             svash@hermanjones.com

14                             *Counsel for Plaintiff Sweepstakes Today, LLC*

15

16  Dated: March 11, 2021             BOIES SCHILLER FLEXNER LLP

17                             By: */s/ Philip C. Korologos*

18                             Philip C. Korologos*
pkorologos@bsfllp.com

19                             Brianna S. Hills*
bhills@bsfllp.com

20                             BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor

21                             New York, NY 10001

22                             Tel.: (212) 446-2300 / Fax: (212) 446-2350

23                             David Boies*
dboies@bsfllp.com

24                             BOIES SCHILLER FLEXNER LLP
333 Main Street

25                             Armonk, NY 10504
Tel.: (914) 749-8200 / Fax: (914) 749-8300

26

27                             Mark C. Mao (236165)
mmao@bsfllp.com

28                             Sean P. Rodriguez (262437)
srodriguez@bsfllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

Abby L. Dennis*
adennis@bsfllp.com
Jesse Panuccio*
jpanuccio@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Tel.: (202) 895-7580 / Fax: (202) 237-6131

Sabria A. McElroy*
smcelroy@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377 4216 / Fax: (954) 356-0022

George A. Zelcs*
Robert E. Litan*
Randall P. Ewing*
Jonathon D. Byrer*
Ryan A. Cortazar*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750 / Fax: (312) 641-9751
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
jbyrer@koreintillery.com
rcortazar@koreintillery.com

Stephen M. Tillery*
Michael E. Klenov (277028)
Carol L. O'Keefe*

1

2          Jamie Boyer*
           KOREIN TILLERY LLC
3          505 North 7th Street, Suite 3600
           St. Louis, MO 63101
           Tel.: (314) 241-4844 / Fax: (314) 241-3525
4          stillery@koreintillery.com
           mklenov@koreintillery.com
5          cokeefe@koreintillery.com
           jboyer@koreintillery.com
6
7          *Counsel for Genius Media Group, Inc., The Nation
           Company, L.P., and The Progressive, Inc.*
8

9    Dated: March 11, 2021          BERGER MONTAGUE PC

10                                   By: */s/ Michael C. Dell'Angelo*
11                                   Eric L. Cramer*
                                     Michael C. Dell'Angelo*
12                                   Caitlin G. Coslett*
                                     Patrick F. Madden*
13                                   Michaela Wallin*
                                     BERGER MONTAGUE PC
14                                   1818 Market St., Suite 3600
                                     Philadelphia, PA 19103
15                                   Telephone: (215) 875-3000
                                     Facsimile: (215) 875-4604
16                                   ecramer@bm.net
                                     mdellangelo@bm.net
17                                   ccoslett@bm.net
                                     pmadden@bm.net
18                                   mwallin@bm.net
19
20                                   Sophia M. Rios (305801)
                                     BERGER MONTAGUE PC
21                                   12544 High Bluff Drive, Suite 340
                                     San Diego, CA 92130
22                                   Telephone: (619) 489-0300
                                     Facsimile: (215) 875-4604
23                                   srios@bm.net
24
                                     Daniel J. Walker*
25                                   BERGER MONTAGUE PC
                                     2001 Pennsylvania Ave., NW
26                                   Suite 300
                                     Washington DC 20006
27                                   Telephone: (202) 559-9745
                                     dwalker@bm.net
28

STIPULATION AND PROPOSED              -6-              CASE NO.:  5:20-cv-08984-BLF
ORDER RE PHV ADMISSION

1

2

3

4

5

6

7

Michael K. Yarnoff**
KEHOE LAW FIRM, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
myarnoff@kehoelawfirm.com

*Counsel for Sterling International Consulting
Group*

8   Dated: March 11, 2021

GIRARD SHARP LLP

9

By:  _/s/ Dena C. Sharp_
Dena C. Sharp (State Bar No. 245869)

10

Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)

11

Scott M. Grzenczyk (State Bar No. 279309)
GIRARD SHARP LLP

12

601 California Street, Suite 1400

13

San Francisco, CA 94108
Tel: (415) 981-4800

14

Fax: (415) 981-4846
dsharp@girardsharp.com

15

jelias@girardsharp.com

16

apolk@girardsharp.com
scottg@girardsharp.com

17

18

Scott L. Silver
SILVER LAW GROUP

19

11780 W. Sample Road
Coral Springs, FL 33065

20

Tel: (954) 755-4799
ssilver@silverlaw.com

21

22

*Counsel for Mark J. Astarita*

23

24

25

26

27

28

STIPULATION AND PROPOSED
ORDER RE PHV ADMISSION

-7-

1  Dated: March 11, 2021

KIRBY McINERNEY LLP

2

By: */s/ Robert Gralewski*

3  Robert J. Gralewski, Jr. (196410)
bgralewski@kmllp.com

4  Samantha L. Greenberg (327224)
sgreenberg@kmllp.com

5  KIRBY McINERNEY LLP
600 B Street, Suite 2110

6  San Diego, CA 92101
Tel.: (619) 784-1442

7

8  Karen Lerner**
klerner@kmllp.com

9  Daniel Hume**
dhume@kmllp.com

10  David Bishop**
dbishop@kmllp.com

11  Andrew McNeela**
amcneela@kmllp.com

12  KIRBY McINERNEY LLP

13  250 Park Avenue, Suite 820
New York, New York 10177

14  Telephone: (212) 371-6600
Facsimile: (212) 751-2540

15

16  HINKLE SHANOR LLP
Thomas M. Hnasko

17  Michael E. Jacobs
218 Montezuma Avenue

18  Sante Fe, NM 87501
Telephone: (505) 982-4554

19  thnasko@hinklelawfirm.com

20  mjacobs@hinklelawfirm.com

21  WILLIAMS LAW FIRM
Kent Williams

22  1632 Homestead Trail
Long Lake, MN 55356

23  Tel.: (612) 940-4452 / Fax: (952) 283-1525
williamslawmn@gmail.com

24

25  *Counsel for JLaSalle Enterprises LLC*

26

27

28

| | |
|---|---|
| Dated: March 11, 2021 | GUSTAFSON GLUEK PLLC |

By: /s/ Dennis Stewart
Dennis Stewart (99152)
GUSTAFSON GLUEK PLLC
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson*
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

Marc H. Edelson, Esq.
EDELSON LECHTZIN LLP
3 Terry Drive
Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
medelson@edelson-law.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

E. Powell Miller
Sharon S. Almonrode*
Emily E. Hughes
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Simon Bahne Paris, Esquire
Patrick Howard, Esquire
SALTZ, MONGELUZZI & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com

Kenneth A. Wexler*
Kara A. Elgersma*
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
kae@wexlerwallace.com

Dianne M. Nast
Daniel N. Gallucci
Joseph N. Roda
NASTLAWLLC
1101 Market Street, Suite 2801
Philadelphia, PA 19106
dnast@nastlaw.com
dgallucci@nastlaw.com
jnroda@nastlaw.com

*Counsel for Mikula Web Solutions, Inc.*

1   Dated: March 11, 2021

2

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

3

By: */s/ Justina K. Sessions*
Justina K. Sessions, State Bar No. 270914

4

One Market Plaza
Spear Tower, Suite 3300

5

San Francisco, California 94105
Telephone: (415) 947-2197

6

Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

7

8

*Counsel for Defendants Google LLC,*
*Alphabet Inc. and YouTube LLC*

9

10

*Pro Hac Vice as noted above
**Pro Hac Vice* app. forthcoming

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS ORDERED THAT:

3  (1)  The attorneys identified in the Stipulation need not resubmit an application for

4  *pro hac vice* admission in *In re Google Digital Publisher Antitrust Litigation*, No. 5:20-cv-

5  08984, and are deemed admitted *pro hac vice* in the master consolidated action, *In re Google*

6  *Digital Publisher Antitrust Litigation*, No. 5:20-cv-08984.

7  (2)  The attorneys admitted *pro hac vice* are required to abide by the Standards of

8  Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules

9  and Alternative Dispute Resolution Programs of this Court.

10  SO ORDERED.

11

12  DATED: _____                    _____

13                                         Hon. Beth Labson Freeman
                                           United States District Court
14                                         Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Philip C. Korologos attest that

concurrence in the filing of:

**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' *PRO HAC VICE* ADMISSIONS**

has been obtained from each of the other signatories.

Dated: March 11, 2021                    */s/ Philip C. Korologos*
                                         Philip C. Korologos