UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1: 21-md-03010 (PKC) |

This Motion Relates to:

| | |
|---|---|
| SWEEPSTAKES TODAY, LLC et al., Plaintiffs, v. GOOGLE LLC et al., Defendants. | Case No. 1:21-cv-07034 (PKC) |

*File in*

**PROPOSED ORDER FOR WITHDRAWAL OF COUNSEL**

**IT IS HEREBY ORDERED** that Abby L. Dennis hereby withdraws as counsel for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc. and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Boies Schiller Flexner will continue to represent Plaintiffs Genius Media Group, Inc., The Nation Company, L.P. and The Progressive, Inc.

Dated: 11-30-21

_____
Honorable P. Kevin Castel
United States District Judge