# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-3010 (PKC) |
| *This Document relates to:* | *Motion provisionally granted.* **SO ORDERED** |
| IN RE GOOGLE DIGITAL PUBLISHER LITIGATION | Case No. 1:21-cv-7034 (PKC) *[signature]* USDJ 11-1-22 |

### NOTICE OF MOTION TO FILE EXHIBITS 1 AND 2 TO DECLARATION OF PHILIP C. KOROLOGOS UNDER SEAL

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Publisher Class Plaintiffs' Motion to File Exhibits 1 and 2 to Declaration of Philip C. Korologos under Seal (the "Motion to Seal"), dated October 5, 2022, Plaintiff, MediaLab.AI Inc., on behalf of the Publisher Class Plaintiffs, will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an order to maintain under seal certain information in Exhibits 1 and 2 to Philip C. Korologos's declaration filed in support of the Publisher Class Plaintiffs' Motion for Leave to Amend Their Consolidated Class Action Complaint until such time as Defendants show cause why the documents should not be unsealed.

1

Dated: October 5, 2022  
       New York, New York

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ *Philip C. Korologos*

David Boies  
dboies@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
333 Main Street  
Armonk, NY 10504  
Tel.: (914) 749-8200 / Fax: (914) 749-8300

*Lead Counsel for the Publisher Class*

Philip C. Korologos  
pkorologos@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
55 Hudson Yards, 20th Floor  
New York, NY 10001  
Tel.: (212) 446-2300 / Fax: (212) 446-2350

Jesse Michael Panuccio  
jpanuccio@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
1401 New York Avenue, NW  
Washington, DC 20005  
Tel.: (202) 237-2727 / Fax: (202) 237-6131

Mark C. Mao  
mmao@bsfllp.com  
Sean P. Rodriguez  
srodriguez@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
44 Montgomery Street, 41st Floor  
San Francisco, CA 94104  
Tel.: (415) 293-6800 / Fax: (415) 293-6899

Sabria A. McElroy*  
smcelroy@bsfllp.com  
BOIES SCHILLER FLEXNER LLP  
401 E. Las Olas Blvd., Suite 1200  
Fort Lauderdale, FL 33301  
Tel.: (954) 377-4216 / Fax: (954) 356-0022

*Pro Hac Vice*

2