# EXHIBIT 5

# REDACTED

Page 1

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3                    ---oOo---

4

5    IN RE:

6    GOOGLE DIGITAL ADVERTISING

7    ANTITRUST LITIGATION        No. 1:21-MD-3010 (PKC)

8    _____/

9

10

11      VIDEOTAPED DEPOSITION OF J. DOUGLAS ZONA, Ph.D.

12               SAN FRANCISCO, CALIFORNIA

13               TUESDAY, MARCH 11, 2025

14

15

16

17

18

19

20

21   STENOGRAPHICALLY REPORTED BY:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 7220576

25

1    Bernanke sort of pools and trues up profits within a

2    publisher or for a publisher, and global Bernanke does

3    it in a larger basis, bigger than a -- bigger than a

4    publisher.

5         Q    I see.  Okay.

6              And you write in paragraph 74:

7              (As read):

8              "The global version expanded the pool of

9    queries for which bids were eligible for

10   modification."

11             Do you see that?

12        A    Yes.

13        Q    So in your understanding, global Bernanke

14   could operate on more queries than Project Bernanke?

15        A    Yes.

16        Q    Okay.  And what's a query?

17        A    A query is a request for an ad, I guess I

18   would say.

19        Q    Okay.  So global Bernanke, in your

20   understanding, could operate on kind of a larger pool

21   of ad requests than Project Bernanke could?

22        A    That's what -- that's what it says, yes.

23        Q    Well, is that your understanding?

24        A    Yes.

25        Q    Now, do you understand that Bernanke and

                                                    Page 51

1   global Bernanke applied only to bids that were
2   submitted into the Google AdX auction?
3        A    Yes.
4        Q    Okay.  So you understand that Bernanke and
5   global Bernanke did not operate on bids that were
6   submitted into AdSense?
7        A    Bids submitted into AdSense?
8        Q    Yes.
9        A    No, they didn't do that.
10       Q    The -- the Bernanke and global Bernanke did
11  not operate on bids submitted into AdSense?
12       A    Correct.
13       Q    Okay.
14       A    Not directly.
15       Q    Okay.  All right.
16            There were not Bernanke bid modifiers applied
17  to bids that were coming from Google Ads into AdSense;
18  correct?
19       A    There are not, no.
20       Q    Okay.  Let's start with just Bernanke, not
21  global Bernanke.
22            Do you understand that Bernanke operated only
23  on a subset of the bids coming from Google Ads into
24  AdX?
25       A    Yes.

Page 84

1      A     In my --

2      Q     In your opening report.

3      A     -- in the opening report?

4            Yeah, I don't think that it -- that it

5      specifically says that; but, I mean, I do think that

6      it's -- it's clear that there's an effect on AdX's

7      rivals to -- like, if you look at paragraph 104, it's

8      talking about:

9            (As read):

10           "achieve the goals by impairing the ability

11     of AdX rivals to compete in the ad exchange market."

12           And that's -- it's through the same

13     mechanism, but it doesn't say cost.  It's true.

14     Q     Okay.  Where in your report do you describe

15     how Bernanke and global Bernanke impair the ability of

16     AdX's rivals to compete in the ad exchange market?

17     A     Well, it's not very specific.  But

18     paragraph 107 says:

19           (As read):

20           "Bernanke had a significant positive impact

21     on Google's win rate in AdX compared to other

22     bidders."

23           That would be Google -- AdX rivals.

24     Q     I'm sorry.  You --

25     A     107.

1      Q    Yeah, so Google's win rate in AdX in

2    paragraph 107, that's -- is that the rate at which

3    Google wins auctions in AdX?

4      A    Well, that's part of it, yes.

5      Q    Okay.  What else does "Google's win rate in

6    AdX" mean?

7      A    It means -- well, it's the ratio of the

8    number of ads placed divided by total queries

9    received.

10     Q    In AdX?

11     A    In AdX, yes.

12     Q    Okay.  And then you say "compared to other

13   bidders" --

14     A    Uh-huh.

15     Q    -- in paragraph 107.

16          The other bidders are other buying tools; is

17   that right?

18     A    I'm not sure if that refers to buying tools,

19   other buying tools, or if it refers to other

20   exchanges.

21     Q    It doesn't say "other exchanges"; right?

22     A    No, it doesn't say that.

23     Q    Oh.

24     A    It just says other bidders.

25     Q    Uh-huh.  Are bidders the same as exchanges,

Page 111

1    A    Well, I don't have plans to testify per

2    today.  But I would expect that I would report the

3    numbers from this table or some version of them and

4    also the other numbers that I produced.

5    Q    Okay.  So you would feel comfortable

6    reporting the results from the model that you ran in

7    your opening report, notwithstanding the fact that you

8    ran another model and received a different damages

9    estimate in your reply report?

10   A    It's different -- kind of like what I said

11   before:  different data, different methodology.  They

12   come up with different numbers.  It's not surprising.

13   Q    Okay.  In the -- so let's just take your

14   reply report for a minute.

15        In your reply report, you do what you call a

16   new version of your model from your opening report; is

17   that right?

18   A    I'm not sure what I call it.  But you want to

19   point me to some language or --

20   Q    Yeah.

21        So in paragraph 85, page 38 of your reply

22   report --

23   A    Yes.

24   Q    -- you say:

25        (As read):

```
                                          Page 112
```

1        "I have estimated a version of my model using

2    individual data."

3        Do you see that?

4    A   Yes.

5    Q   So is -- my question is:  Are you running the

6    same model, just on different data, in your rebuttal

7    report, or is it a different model in your reply

8    report?

9    A   Well, I would call it a version of my model.

10   I mean, it has some similarities and some major

11   differences.

12   Q   We'll talk about both those similarities and

13   those major differences.

14        So in your reply report, in Table 1 at

15   page 45, you present the aggregate damages calculation

16   from the version of the model that you ran in your

17   reply report; is that right?

18   A   Yes.

19   Q   And in your reply report, you calculate total

20   damages of approximately $603 million; is that right?

21   A   Yes.

22   Q   Okay.  And so this is a reduction in the

23   total damages that you estimate of almost 25 percent

24   between your opening report and your reply report?

25   A   I -- it's 187 over 790.

1    Q    Okay.  And I believe that you just testified

2    that your -- you believe that both damages estimates

3    are accurate, the one in your opening report and in

4    your reply report?

5    A    Yes.

6    Q    Okay.  And you stand by the methodology that

7    you used in both your opening report and your reply

8    report?

9    A    Correct.

10   Q    Okay.  Do you use a consistent methodology --

11   A    What does --

12   Q    -- in the models?

13   A    -- what does "consistent" mean?

14   Q    Did you use the same methodology between your

15   opening report and your reply report?

16   A    I don't know how to answer that.  So there's

17   parts that are the same and parts that are different.

18   Q    All right.

19        Let's go back to your opening report now.

20   And I want to talk now about Step 1, the win rate

21   calculation.

22        And just to be clear, you didn't change the

23   way you calculated or gleaned the win rate when you

24   did your reply report; right?

25   A    I'm not reproducing what's in table -- in

1    Table 1.

2        Q    You used the same AdX win rate that you used

3    from your opening report in your reply report;

4    correct?

5        A    Yeah.

6            I -- I'd like to actually make it clear that

7    the win rate doesn't matter.  It's only the change in

8    win rate relative to a baseline.  So I have figures

9    that have the win rate, but that's not what goes in

10   the model.  It's the change in them.

11       Q    Okay.  And the -- but the changes in the win

12   rates --

13       A    Are the same.

14       Q    -- are the same --

15       A    Uh-huh.

16       Q    -- between your opening report and your

17   rebuttal report?

18       A    For purposes of calculating Table 1, yes.

19       Q    I'm sorry.  So that leads me to believe that

20   they're different in some other context.

21       A    That's true.

22       Q    Okay.  How did the win rates that you used

23   differ between -- the changes in the win rates that

24   you used differ between the opening report and the

25   reply report?

Page 115

1      A    I made a calculation using a different win

2    rate or a change in win rate for one case.

3      Q    I see.  Okay.

4          So you're referring -- are you referring to

5    the -- you recalculated some damages using a lower

6    change in the win rate attributable to one -- one of

7    the optimizations?

8      A    I don't remember if it was lower or higher.

9    It was different.

10     Q    Yeah.  Okay.

11         Other than --

12     A    It probably was lower, because otherwise,

13   your experts wouldn't have brought it up to me.

14     Q    Yeah.  Okay.

15         Other than that one change, did you make any

16   other changes to the -- other changes to the changes

17   in the win rate that you used between your opening

18   report and your reply report?

19     A    Not that I can think of right now.

20     Q    Okay.  All right.

21         So in paragraph 67 of your opening report,

22   you -- you talk about the win rate in AdX -- AdX

23   auctions.

24         Do you see that at the end of paragraph 67?

25     A    Yes.

1      Q   Okay.  When you were referring to "its win

2   rate in AdX auctions" in paragraph 67 of your opening

3   report, what -- what are you referring to?

4      A   It's defined in footnote 64.

5      Q   Okay.  So the equation that you set forth in

6   footnote 64 is what you mean when you say "win rate in

7   AdX auctions"?

8      A   I'm just looking at the denominator that --

9   in the competing one, it's got "competing lost

10  unfilled queries."  That comes from a document, but I

11  don't recall what it comes from.  It says "competing

12  lost unfilled queries" in that.

13          So, I mean, I think of it as all queries is

14  the denominator, all queries received, won or lost.

15  And this has lost -- "competing lost unfilled

16  queries."  And I would want to look at the document

17  that this came from, which I'm not seeing what it is,

18  so it makes it difficult to understand what it is.

19     Q   Is it possible that you came up with this

20  definition, and that it is not from a document?

21          Because there is no citation to it.

22     A   I -- that's what I'm saying.  There is no

23  citation.

24          Is it possible that I came up with that?  No,

25  no, I wouldn't come up with this.

Page 117

1       Q    Okay.  And you don't understand what the
2    equation in footnote 64 is referring to?
3       A    I don't know the distinction between unfilled
4    and filled.
5       Q    Do you know what competing queries are?
6       A    I don't -- I don't remember this document, as
7    I sit here right now.
8       Q    So when you write before the equation:
9            (As read):
10           "Win rate refers to the proportion of queries
11    that are matched to a buyer in an auction."
12           Is that your definition of win rate?
13       A    I think I have definitions -- I probably have
14    some other definitions of win rate.  Have you
15    already -- have you already marked them all?
16       Q    I -- well, when -- let me -- let me ask you
17    this way:  Let's go to Figure 1 of your opening
18    report.
19           Figure 1 is titled:
20           (As read):
21           "Google's AdX Win Rate."
22           Do you see that?
23       A    Yes.
24       Q    How is Google's AdX win rate defined for the
25    purposes of Figure 1?

1    A    Do you happen to have -- good question.  I

2    think that the document -- sometimes it depends on

3    context for the particular thing that I'm using as a

4    reference.

5         Do you have my backup for this?

6    Q    So I --

7    A    I would want to look at that and see --

8    Q    Okay.  So --

9    A    -- how it's calculated.

10    Q    -- you can't tell me, sitting here today, by

11    looking at your -- the text of your report what

12    Google's AdX win rate in Figure 1 is supposed to

13    represent?

14    A    Well, I mean, I told you, conceptually, what

15    it represents is wins or matched divided by total

16    queries.

17         You asked me that before, and that was my

18    answer.

19    Q    Okay.  So in Figure 1, this is supposed to

20    represent matched queries decided by total queries?

21    A    Yes.

22    Q    Okay.  And is that matched queries for Google

23    or all matched queries in AdX?

24    A    It's, I think, generally, all maxed -- all

25    matched queries in AdX.

1      Q    Okay.  So --

2      A    But again, I would like to look at the backup

3    just to give you a very specific answer.

4      Q    Okay.  So I'll just -- if you look at

5    paragraph 117, which is right above your Figure 1, it

6    says:

7          "In the figure below, I display the win rate

8    for Google customers on AdX over time based on

9    Google's own contemporaneous assessment."

10          So is Figure 1 supposed to represent the win

11    rate for Google customers on AdX?

12      A    It represents the win rate for AdX.

13      Q    I don't understand what the win rate for AdX

14    is?

15      A    It's total matches divided by total queries.

16      Q    Okay.  So this is total matches that AdX

17    makes versus total -- over total queries that AdX saw

18    in Figure 1?

19      A    Yes.

20      Q    Okay.  And the -- so the -- the measure of

21    the -- the win rate that you're talking about in your

22    Figure 1 and the -- and paragraph 117, that's based on

23    volumes of impressions; right?  You said queries.

24      A    Right.  Well, queries, yeah.

25      Q    Okay.  So win rate is calculated in Figure --

Page 120

1    in your Figure 1 and in your Figure 2 as a share of

2    impression volumes; right?

3         MR. RUBIN:  Objection to form.

4         THE WITNESS:  I'm not -- I don't -- I don't

5    understand why you're changing the word "query" to

6    "impressions."

7         MS. SESSIONS:  Q.  Is there -- is there --

8    okay.

9         Queries are requests to serve impressions?

10    A    That's my understanding.

11    Q    Okay.  Your win rate formula in Figure 1 and

12    Figure 2 of your opening report, that is not based on

13    revenues; correct?

14    A    Generally, no.

15    Q    What do you mean?  I don't understand why the

16    answer is "Generally, no"?

17    A    I think no.  But as I look at the documents,

18    the source documents for this stuff, I would have had

19    to convert -- potentially convert from a revenue

20    number, if that's all they gave.

21         I don't -- I'd like to look at the backup

22    to -- to know specifically.  But I remember there are

23    times when the change in terms of revenue is

24    expressed.  But if there was one in terms of volumes,

25    that would be what I would use.

Page 121

1      Q    Okay.  And we will actually look at those --
2      A    Great.
3      Q    -- underlying documents in a minute, but I'm
4    just trying to understand what the -- what is the
5    ratio that you're expressing here, or the win rate in
6    Figure 1 and Figure 2 of your opening report.  That is
7    a share of queries.  It is not a share -- share of
8    revenues; right?
9      A    That's true, yeah.
10     Q    Okay.  So going back to paragraph 67 and
11   footnote 64 that we were just talking about with the
12   definition of win rate, you don't use the equation in
13   footnote 64 to calculate any win rate; correct?
14     A    That's right.
15     Q    Okay.  And you --
16     A    I don't know that there is that data to do
17   that.
18     Q    Okay.  And so you didn't actually calculate
19   the win rate using data at all in your report?
20     A    I calculated some win rates based on AdX
21   data.  I'm not sure that it ended up in the report.
22   I'm not sure that it's been reported, but I -- I did
23   calculate, so...
24     Q    So --
25     A    I don't recall if it shows up in one of the

1    footnotes or something.

2        Q    But you calculated win rates using AdX data,

3    you said.  But you're not sure if that ended up in the

4    report?

5        A    It's not in Figure 1 or Figure 2.  I know

6    that.

7        Q    Okay.  So the Figure 1 and Figure 2 -- you

8    got the numbers that you get in Figure 1 and Figure 2

9    by looking at some Google documents.  You did not use

10   data to calculate the win rates that you report in

11   Figure 1 and Figure 2; correct?

12       A    That's right.

13       Q    Okay.  And you may have done some

14   calculations?

15       A    No, I did do some.  I just may or may not

16   have appeared in the -- in the report as something I

17   relied on.

18       Q    Okay.  So you did some calculations, but if

19   they're not in your -- you did some calculations of

20   the AdX win rate using data.  But if they're not in

21   your report, you're not relying on those calculations?

22       A    Correct.  The data that I had that would

23   allow me to calculate the win rate was for, like, one

24   specific point in time.  It wasn't a time series, and

25   I -- you know, I couldn't use it for what I wanted

Page 123

1    to -- what I might have been able to use it.  It was
2    more comprehensive.
3        Q    What was the point in time for which you had
4    data that you could calculate the win rate?
5        A    I don't recall if it was in 2023 or 2024.  It
6    was the sample of -- it was called the log -- it was
7    referred to as "log-level data," and it had different
8    time periods depending on which -- which one it was
9    for.
10       Q    I see.
11       A    Whether it was for Texas, or I don't recall.
12   I didn't -- I don't -- didn't rely on that data.  So I
13   don't recall.
14       Q    But you did do calculations of win rates from
15   that data?
16       A    I looked at it, yeah.
17       Q    You looked at it.
18            And did you compare the results that you got
19   from the calculations that you did on that data to the
20   result -- to the numbers that you report in Figure 1
21   and Figure 2 of your report?
22       A    I looked at that.  They were higher.  They're
23   absolute -- they were absolute win rates, and, you
24   know, this doesn't go into -- I think it was 2020 -- I
25   think it's May 2024 is the time period.  I don't

1    recall exactly.  But it's off the scale that we have

2    here, outside of the relevant boundaries, and it was

3    bigger, as I recall, and...

4        Q   And when you say it was bigger, as you

5    recall --

6        A   It was more like 80 percent.

7        Q   Okay.  But the numbers that you're reporting

8    in -- I -- I thought you were saying that in Figure 1

9    and Figure 2, you're not worried about the absolute

10   level of the win rate and you're just worried about

11   the change.

12       A   That's what I was going to say next, is that

13   I -- you know, these show 60 percent as the largest

14   win rate on the chart, and I had one number of 80 at

15   one point in time, and I don't know that that

16   causes -- caused me -- it did not cause me much

17   consternation, for a variety of reasons.  Not really

18   using the level, as you're pointing out, as I said

19   before, and it's not within the time interval.  It's

20   most relevant.

21       Q   Okay.  All right.

22           So you -- in Figure 1 and Figure 2, you plot

23   a win rate for various Google optimizations or pieces

24   of content; right?

25       A   Yes.

1      Q   Okay.  And you used Google documents to glean

2   the win rates that you're reporting here; is that

3   right?

4      A   Yes.

5      Q   Okay.  Let's go to page 24 of your opening

6   report.

7          Okay.  And this page 24, you begin

8   discussing, I think, some of the documents that you've

9   used to identify the win rates that you report in your

10  Figure 1 and Figure 2.  So I want to start with BSDRS,

11  buy-side dynamic revenue share.

12         I can't actually find in your report in

13  the -- these paragraphs in your report where you state

14  how much you think BR -- BSDRS inflated the AdX win

15  rate.  You report --

16     A   You mean it's not in the text.  It's only in

17  the figure?

18     Q   I -- I can't see it in the text.

19     A   Okay.

20     Q   Am I missing it, or --

21     A   I don't know.

22     Q   You -- okay.

23         So in -- in -- just to move this along.  So

24  in footnote 70 on page 24, you cite a document, quote

25  it.  And then after that, you write -- did -- well,

Page 126

```
 1   sorry.  As part of the quote, you write:
 2             (As read):
 3             "As a result, the leading bid is higher and
 4   more competitive in the AdX auction, enabling GDN to
 5   win 4.6 more impressions."
 6             Is this what you're relying on to determine
 7   the win rate attributable to BSDRS.
 8        A    I'm not sure if that's the number.  It might
 9   be, but I would look at the backup to the figure,
10   because I think it has the size of the step and where
11   the document is.
12        Q    Okay.  And I'd have to look at the backup to
13   the figure.  I can't look in the report --
14        A    Right.  That's right.
15        Q    -- itself to understand exactly what it was
16   that you did to get to that figure?
17        A    That's why I give you the backup.
18        Q    Uh-huh, okay.  So it looks -- looks, roughly,
19   like 4.6 percent.  Are you going to fight me that
20   that's the document that you used to -- to determine
21   your BSDRS win rate?  That's really what I'm asking.
22        A    I'm not here to fight with you.
23        Q    All right.
24             And so let's just look at the quote in --
25   that's in your report.
```

```
 1      A    Okay.
 2      Q    You say -- you're quoting it as saying:
 3           (As read):
 4           "Enabling GDN to win 4.6 percent more
 5      impressions."
 6           Do you see that?
 7      A    Yes.
 8      Q    Do you understand what GDN is?
 9      A    I think so.
10      Q    What is your understanding of what GDN is
11      there?
12      A    Google Ads.
13      Q    Okay.  And so --
14      A    Google Display Network.  I -- I don't
15      remember what it stands for.  They seem to change a
16      lot.
17      Q    Okay.  And so this document, when it says
18      "Enabling GDN to win 4.6 more impressions," that's
19      Google Ads winning 4.6 more impressions in the AdX
20      auction; right?
21      A    That's what it seems like.
22           MS. SESSIONS:  Okay.  Let's actually go ahead
23      and look at this document.  18, please.
24           (Document marked Exhibit 3
25             for identification.)
```

```
 1          MS. SESSIONS:  Ask the court reporter to
 2     please mark this as Exhibit 3.
 3          Q    Dr. Zona, the document that's been marked as
 4     Exhibit 3 is a document bearing Bates
 5     No. GOOG-AT-MDL-002390899.
 6               Do you see that?
 7          A    Yes.
 8          Q    Okay.  And that's the document that you cite
 9     in footnote 70 of your opening report; right?
10          A    Yes.
11          Q    Okay.  I want to turn your attention to
12     the -- one, two -- third paragraph of ███
       ████████████ e-mail in Exhibit 3.  It begins "Beyond
14     these wins."
15          A    Yes.
16          Q    Do you see that?
17               And Mr. Srinivasan writes:
18               "With this launch GDN will be able to reduce
19     the revshare markup on bids into AdX, and be more
20     competitive as well as win more impressions for AdX as
21     we overcome a higher set of reserve prices, while
22     increasing the total profit for GDN, AdX and Google."
23               Do you see that?
24          A    Yes.
25          Q    Okay.  Overcoming a higher set of reserve
```

1    prices, that means having bids that are higher than

2    the publisher's reserve price; right?

3        A    I mean -- I'm sorry.  "Overcome a higher set

4    of reserve prices."  I mean, probably.  I don't -- you

5    know, you should ask the author.

6        Q    I'll just ask you this:  You don't know how

7    much of the 4.6 percent more impressions Google Ads

8    was winning comes from winning impressions that would

9    have gone to other bidders versus winning impressions

10   that would have done -- gone unmatched previously

11   because of the reserve price?

12           MR. RUBIN:  Objection to form.

13           THE WITNESS:  You mean gone to other

14   exchanges?

15           MS. SESSIONS:  No.

16       Q    I mean going to other bidders.

17       A    Bidders where?

18       Q    Bidders into the AdX auction.

19       A    Not -- non-Google bidders?

20       Q    Correct.

21       A    Right.  I don't know the specific proportion.

22       Q    Okay.  So you don't know how much of this

23   increase is coming from displacing other bidders

24   versus kind of winning im- -- new impressions that

25   would have previously gone unmatched?

Page 130

1      A    That's true.  Right.

2      Q    And -- actually, strike that.

3           So this is actually the document that you and

4   Dr. Haider had a disagreement about, about whether the

5   proper interpretation of the 4.6 is an -- is a

6   percentage point increase or a proportional increase.

7   You understand --

8      A    Yes.

9      Q    -- you recall that --

10     A    Yes, yes.

11     Q    -- back and forth?

12          Okay.  And you in your reply report

13   recalculate damages using Dr. Haider's interpretation

14   of this document rather -- rather than yours, and that

15   reduces the aggregate damages estimate; is that right?

16     A    Yes.

17     Q    Okay.  You say, however, in your reply

18   report, and I can point you to it if you want, that

19   other documents support your interpretation of this

20   document.  So --

21     A    Yeah, so could you point me to it?

22     Q    Yes.

23     A    Help me out.

24     Q    Yes.

25          So if you'd go to paragraph 80 -- 80a.

1      A    Okay.

2      Q    So the win rate that you're reporting in the

3   figures in your report are significantly higher than

4   the win rate that's being reported in Exhibit 4?

5      A    Well, this one is AdWords match rate, right,

6   which is not the same as Google AdX win rate.

7      Q    I see.

8           So the -- the -- what's being discussed here

9   in Exhibit 4 is not the same thing as what you're

10  reporting in -- or purporting to depict in Figure 1

11  and Figure 2 of your report?

12     A    I'm just taking the change, 10 percentage

13  points.

14     Q    But that change -- but you were resisting,

15  because you said that -- that Exhibit 4 is talking

16  about the AdWords match rate.

17          And is it your position that the AdWords

18  match rate is not the same thing as the AdX win rate

19  that you're depicting in Figure 1 and Figure 2 of your

20  report?

21     A    I don't think so.  Generally, it's not the

22  same.

23     Q    They're not the same thing?

24     A    Right.

25     Q    Okay.  So if this increase from 31 percent to

Page 135

1    41 percent is not talking about the same thing as

2    you're showing in Figure 1 and Figure 2 of your

3    report, then this document doesn't actually support

4    your interpretation of the AdX win rate; right?

5        A    Well, I mean, what the -- the words -- you

6    know, the sentence says is that there is a

7    10 percentage point increase in Google Ads match rate,

8    which is -- so I'm representing what the document says

9    accurately in the sentence.

10            Then Bernanke is responsible for about

11   7 percentage points.  That's someplace on here.  Do

12   you know where?

13       Q    Actually, I was going to ask you the question

14   of -- that was going to be my next question.  But

15   let -- or my next line of questions.

16            But let's -- let's just stick with this for a

17   minute, because you're saying now that the Google Ads

18   match rate is not the same -- is not the AdX win rate

19   that you're depicting in Figure 1 and Figure 2; is

20   that right?

21       A    Generally, no.

22       Q    Okay.

23       A    Yeah.

24       Q    Okay.

25       A    Trying not to.

1    Q    So -- so exhibit -- Exhibit 4, the reporting

2    of a Google Ads match rate should not be an input into

3    your Figure 1 or Figure 2, because the Google Ads

4    match rate is not the AdX win rate?

5    A    So I'm not aware of any document or

6    comprehensive source that has Google AdX win rates in

7    it.  So I'm trying to assemble them.  And for these

8    different optimizations, I've gone to different

9    sources to try and estimate what -- I guess you were

10   using the word "estimate" back then.  So I'm trying to

11   estimate what the AdX win rate is.  And I'm using

12   different elements to try and come up with a

13   reasonable estimate of what these things are.

14          So in this particular case, I'm using the

15   change in AdX match rate, which is -- sorry -- in

16   AdWords match rate, these 10 percentage points, and

17   then a 7 percent number, which I forget how it comes

18   out of here, but I'm confident it does, and to show a

19   3 percentage point increase to compare to a

20   4.6 percentage point, as opposed to Haider's 1.95.

21   Q    Right.

22   A    So --

23   Q    Okay.  But the -- but the 3 percentage point

24   increase that we're talking about that you've gleaned

25   some -- somehow from this document, you've taken the

Page 137

1    10 percent and broken it down between Bernanke and

2    BSDRS; right?

3        A    Yes.

4        Q    Okay.  But that 10 percent that we're talking

5    about, the 10 percent for Bernanke and BSDRS, that is

6    a 10 percent increase in the Google Ads match rate;

7    correct?

8        A    Yes.

9        Q    Okay.  And that -- a 10 percent change in the

10   Google Ads match rate is not the same thing as a

11   10 percent change in the AdX win rate that you are

12   reporting in Figure 1 and Figure 2?

13       A    That's correct.

14       Q    Okay.  All right.

15            Let's -- well, I guess I promised you I was

16   going to ask you, and so I will.

17            I was not able to find in Exhibit 4 where

18   there's a breakdown of the 10 percent among -- or

19   between Bernanke and BSDRS.

20       A    Uh-huh, as I sit here, I don't recall --

21       Q    You can't find it.  Okay.

22       A    -- but, you know, I'm sure I can.

23       Q    Let's go now to the AdX win rate attributable

24   to Bernanke.

25            So if you go to paragraph -- let's try

1    Q   Yep.  Okay.

2        And if you turn -- you got the document in

3    front of you -- in kind of the middle of the first

4    page of Exhibit 5, there's a reporting of some --

5    A   Yeah.

6    Q   -- results; do you see that?

7    A   Yes.

8    Q   Okay.  And you -- this is the portion of the

9    document from which you're quoting in your report?

10   A   Yes.

11   Q   Okay.  And this reports an increase in

12   Goo- -- Google and GDN revenue; do you see that?

13   A   Yes.

14   Q   Publisher payout; you see that?

15   A   Yes.

16   Q   Profit for Google and GDN; do you see that?

17   A   Yes.

18   Q   And then GDN advertiser conversion volume; do

19   you see that?

20   A   Uh-huh.

21   Q   There is no reporting of a change in AdX win

22   rate; correct?

23   A   Right.  There's -- that's the only number

24   that seems to be related to volumes.

25   Q   Okay.  And the -- when you say the only

Page 141

1    number that seems to be relate -- related to volumes

2    is the GDN advertiser conversion volume?

3        A    Yes, I thought that's what you're asking me,

4    right.

5        Q    And -- but you would agree that the GDN

6    advertiser conversion volume is not the same thing as

7    the AdX win rate in your Figure 1 and Figure 2?

8        A    Yeah; I took it as an increase in the

9    numerator in the win rate.

10       Q    Why did you assume that that would be an

11   increase in the numerator in the win rate?

12       A    I took it as an increase in the GDN volume.

13       Q    Do you understand what a conversion is in the

14   context of Google Ads advertising?

15       A    I don't know what they meant exactly by this.

16       Q    Okay.  So you don't know what conversion

17   volume could be?

18       A    I told you how I used it.

19       Q    Okay.  So you understood conversion volume to

20   refer to --

21       A    Matches.

22       Q    Matches?  I see.  Okay.

23            If I told you that Google and Google Ads

24   advertisers can sometimes track what they call

25   conversions from their advertisements, meaning how

Page 142

1    somebody signed up to a form on a website, or they

2    acquired a new customer or something like that, would

3    you understand that?

4        A    Yes.

5        Q    Okay.  And if conversion volume is referring

6    to something like converting someone into a customer,

7    you would agree that an increase in GDN advertiser

8    conversion volume is not the same thing as the AdX win

9    rate that you're reporting in Figure 1 and Figure 2?

10           MR. RUBIN:  Object to the form.

11           THE WITNESS:  So of course they're not the

12   same thing.  But conversion -- my understanding of

13   conversion is more the action that's requested, like a

14   click.  I mean, it could be something else, but like a

15   click.

16           And an increase in volumes of X percent, I

17   would expect there to be a commensurate increase in

18   these other things just to be proportional.

19           MS. SESSIONS:  Q.  Isn't it possible that if

20   there were a change to the type or the quality of

21   impressions that were being bid on, that that could

22   affect the conversion volume coming from, say, a

23   number of matched impressions?

24       A    It's possible, but I thought it was

25   reasonable to take this as a measure of the increase

Page 143

1    in volumes.

2        Q    Okay.  What formula did you use to translate

3    an increase in conversions to an increase in AdX win

4    rate volumes?

5        A    I would want to look at my work papers.

6        Q    It would be in your work papers if you had

7    used one?

8        A    Yes.

9        Q    Okay.  All right.  You can put that aside.

10           All right.  In the next footnote,

11    footnote 75, you are citing to another document that

12    refers to an increase in GDN's win rate on AdX by

13    20 percent; do you see that?

14        A    Yes.

15        Q    Okay.  And the -- the -- the quote that you

16    used here, that you've reproduced in your report, is

17    referring to GDN's win rate on AdX; right?

18        A    Yes.

19        Q    Okay.  Would -- do you understand GDN's win

20    rate on AdX to be the amount that Google Ads wins in

21    AdX?

22        A    Well, in AdX.  I mean, I expect that to be

23    Google Ads wins divided by total queries.

24        Q    Total queries that AdX sent to bidders?

25        A    Yes.

Page 144

1      Q    Okay.  Okay.  Got it.

2           Okay.  Looking at -- let's look at your

3   Figures 1 and Figure 2 again.

4           You're assuming that the win rate change

5   attributable to Bernanke persisted from December of

6   2013 through about August of 2015 when global Bernanke

7   was implemented; is that right?

8      A    Well, yes.

9      Q    Okay.  Right.

10          Whatever the win rate is that you -- the

11  in- -- the increase in the win rate that you attribute

12  to Bernanke, that stays the same up until -- for

13  Bernanke up until global Bernanke; right?

14     A    Yes.

15     Q    Okay.  So are you assuming that there were no

16  adjustments made to Bernanke during that period, from

17  December of 2013 to August of 2015, that would have

18  affected the AdX win rate?

19     A    Sorry.  Adjustments to Bernanke?

20     Q    Uh-huh.

21     A    I estimated the effect on the win rate during

22  that time period with the number that I used, you

23  know, starting at that particular point in time.  I've

24  used only one number.

25     Q    And the number that you got, you got that

Page 145

1    from Google documents?

2        A    Yes.

3        Q    And you assume that that one number, right,

4    that -- that because of Bernanke, Google -- the --

5    Google's AdX win rate changed by the Bernanke amount

6    on December of 2013, and it stayed at that level

7    because of Bernanke until August of 2015?

8        A    One number, yes.

9        Q    Okay.

10       A    In -- in reality, it may have gone up; it may

11   have gone down.  It may have --

12       Q    Right.  Okay.

13       A    But I've -- yes, I've used a single number.

14       Q    You've only used a single number.

15           Are you -- and so are you aware of any

16   changes that have -- were made to Bernanke within that

17   time period that might have caused Google's AdX win

18   rate to go up or down?

19       A    This is the issue that Dr. Haider raised, I

20   think.  But I've only used one number.

21       Q    Okay.  So do you know of something called

22   "mobile" -- "mobile constrained Bernanke"?

23       A    As I sit here right now, I don't recall

24   looking at that --

25       Q    Okay.

Page 158

1      Q    Do you know what DBM is?

2      A    I don't recall right now, no.

3      Q    If I told you --

4      A    Is it the supply side --

5      Q    If I told you it stood for DoubleClick --

6      A    Yeah, yeah, yes.

7      Q    -- Bid Manager, which is the prior name for

8    DV360, would you understand that?

9      A    Yes.  Yes, I would.  Thank you.

10     Q    Okay.  So you understand DBM to be referring

11   to DV360?

12     A    Yes.

13     Q    Okay.  And if you look up in the document,

14   you see a comment from Nirmal Jayaram as well.

15          And Mr. Jayaram starts -- I just want to --

16   second paragraph there.  He says:

17          "With UPR, it seems for DBM (when DBM bids

18   value), it's winning a lot of impressions."

19          Do you see that?

20     A    Yes.

21     Q    And so Mr. Jayaram is also referring to DV360

22   or DBM with UPR; is that right?

23     A    Yes.

24     Q    Fair to say this document, Exhibit 6, is

25   discussing DBM and the effect of UPR on DBM, or DV360,

Page 159

1    not Google Ads; correct?

2        A    That's what it looks like at these sections

3    of the document.  The document goes on for a while,

4    so...

5        Q    The 31.8 percent impressions, that's

6    impressions from DV360; right -- or impressions

7    purchased by DV360?

8        A    I mean, I think that's -- that interpretation

9    is consistent with the document.  Maybe ask

10   Mr. Korula.

11       Q    And you understand that no named Plaintiff in

12   this case purchased advertising from DV360; right?

13       A    Not to my knowledge.

14       Q    Okay.  And DV360 is excluded from what you

15   define as the self-service open display advertising

16   tool market; right?

17       A    Yes.  That product is excluded.

18       Q    Okay.  So an increase in AdX win rate that is

19   coming from the effect of UPR on DV360 bids, that is

20   not an increase that's attributable to a reduction in

21   competition in the self-service open display

22   advertising market; right?

23       A    I wouldn't come to that conclusion, no.

24       Q    So DV- --

25       A    It could be.

Page 166

1   revenue share.

2          And this is paragraph -- in the middle of the

3   paragraph, you write:

4          (As read):

5          "To the extent the increase in AdX's win rate

6   represented the sale of impressions that would

7   otherwise have gone unfilled, this conduct also raised

8   output."

9          Do you see that?

10  A    No.  You said paragraph 84, but --

11  Q    Oh, sorry.  82.

12  A    Okay.  I see the sentence, yes.

13  Q    Okay.  Right.

14         And so when you say the -- the conduct raised

15  output, by "output," you mean matched impressions?

16  A    Yes.

17  Q    Okay.  And -- right.

18         You didn't analyze what proportion of DRS's

19  in- -- increase in AdX's win rate represented the sale

20  of impressions that would have otherwise gone

21  unfilled?

22  A    Right.

23  Q    Okay.  And you, likewise, didn't do an

24  analysis for Bernanke or global Bernanke of the extent

25  to which the increase in AdX's win rate represented

Page 167

1    the sale of impressions that would otherwise have gone

2    unfilled?

3        A    That's correct.

4        Q    And for UPR, you did not do any analysis of

5    the extent to which an increase in AdX's win rate

6    represented the sale of impressions that would have

7    otherwise gone unfilled?

8        A    Right.

9        Q    Okay.  So after doing the changes to the AdX

10   win rate in your opening report, you then conducted a

11   regression analysis; is that right?

12       A    Yes.

13       Q    Okay.  And at paragraph 122 of your opening

14   report...

15       A    Yes.

16       Q    Are you there?

17            You write:

18            (As read):

19            "I use regression analysis to determine

20   overcharge by measuring how prices paid by advertisers

21   for SSODAM products are affected by Google's market

22   power and changes in concentration in the Ad Exchange

23   Market."

24            Is that right?

25       A    That's what it says, yes.

Page 171

 1    A    And some other dimensions, yes.

 2    Q    Okay.  So -- all right.

 3         So you -- your regression is looking at the

 4    prices, the cost per click paid by Google Ads

 5    advertisers, and how those are affected, you say, by

 6    Google's market power and changes in concentration in

 7    the ad exchange market; right?

 8    A    That's it, yes.

 9    Q    What is the variable that represents Google's

10    market power in your regression?

11    A    Just AdX share.

12    Q    AdX share.

13         So is that Google's market power in the

14    ad exchange market?

15    A    Yes.

16    Q    Okay.  Is there a different variable that

17    represents changes in concentration in the ad --

18    ad exchange market?

19    A    Just the one.

20    Q    Okay.  Just the one variable, AdX share?

21    A    Again, in the -- in the model in the reply

22    report, there is lagged -- lagged versions of it, but

23    it's still that concept.  It's just the AdX share.

24    Q    Okay.  Got it.

25         And -- and we'll talk about your reply report

1      A    That's possible, but that's not really what

2   the data looks like.

3      Q    All right.

4           You -- so you made some changes to your model

5   between your opening report and your rebuttal report.

6   We just talked about the different dataset that you

7   used.

8           We talked about the fact that you ran one

9   regression combining CPC and CPM transactions; right?

10      A    That's a shorthand.  You just want to make

11   sure it's clear.  They're all CPC transactions, but

12   some of them Google pays for the impressions.

13      Q    You combined the transactions sourced through

14   AdX and third-party exchanges with the transactions

15   sourced through AdSense in your reply report?

16      A    Well, that's true.  But I also did that in my

17   first report.

18      Q    Because there were, you think, a very small

19   number of AdSense transactions that were in the AdX

20   and third-party exchange transaction type?

21      A    There's a small number.  You can get a sense

22   of the number from Table 5 in my first report.

23      Q    And -- and you report -- in your opening

24   report, you report aggregate damages separately for

25   third -- transactions going through third-party

1    exchanges through Ad- -- AdX and through AdSense;

2    right?  You do that in Table 5?

3        A    Table 5 has that, yes.

4        Q    Okay.

5        A    In the first report.

6        Q    And -- and just, again, looking at Table 5,

7    and -- and to confirm, so the CPC regression that you

8    ran in your opening report, that consisted solely of

9    AdSense transactions; correct?

10       A    Yes.

11       Q    Yeah.  Okay.

12            And in your reply report, you combine the

13   AdSense, the Ad Exchange, and the third-party exchange

14   transactions into one regression?

15       A    Yes.

16       Q    Got it.  Okay.

17            And -- all right.

18            You also added in your rebuttal -- reply

19   report, you added a variable labeled "fixed effect"

20   for each advertiser and each unique combination of

21   characteristics; is that right?

22       A    Yes.

23       Q    What is a fixed effect variable?

24       A    So what a fixed effect variable -- I mean,

25   what it is is a variable that takes the value of

Page 207

1  one -- it identifies a particular either advertiser or
2  a type, in my case, transaction type.
3      Q    Okay.
4      A    So before when we were talking about how many
5  customers there are in the dataset, you can read the
6  1.339.  That's the number of unique advertisers that
7  there are.
8      Q    Got it.
9           Would your fixed effect variable for an
10  advertiser capture changes to the -- the advertiser's
11  characteristics over time?
12          So let's say an advertiser got significantly
13  bigger during the class period.  Would your fixed
14  effect variable capture that?
15      A    No.  It would capture things that are
16  constant over time, but vary across individuals.
17      Q    Okay.  And then likewise, your transaction
18  type variable, that is -- am I correct that that
19  captures effects that are common to a type of
20  transaction, but also don't vary over time?
21      A    Right.  Don't vary over time or advertiser.
22      Q    Okay.  So -- strike that.  All right.
23          You also consider lagged effects on prices
24  caused by changes in the AdX share, is that correct --
25      A    Yes.

Page 213

1        So you just -- so it's just whatever they

2    paid minus what you estimate the overcharge to be.

3    That's the but-for CPC?

4        A    No.  The but-for CP -- I'm sorry.  I probably

5    said it wrong.

6        Q    Okay.

7        A    The but-for CPC would be whatever the model

8    predicts they would pay minus what the model predicts

9    the overcharge to be.  That would be the but-for CPC.

10       Q    What the model predicts they would pay and --

11   sorry.

12            MR. RUBIN:  Let -- let her finish.

13            MS. SESSIONS:  Okay.

14       Q    Explain to me how the model predicts what an

15   advertiser would pay.

16       A    So fundamentally, a linear regression is an

17   equation that takes the explanatory variables you have

18   on the right-hand side and says some combination of

19   them -- by using these estimated coefficients to

20   weight each one, that's a formula that you get, an

21   equation that you get.  And you use it to predict what

22   the left-hand side is, which is, in our case, the log

23   of CPC.

24            So -- so there is always a relationship

25   between the CP -- you know, the -- the depend- -- the

Page 214

1   variable you're trying to explain and what the formula

2   would predict.

3          It's -- it's almost never exactly the same.

4   But what the regression analysis does is it tries to

5   get them as close as possible.  So some will be off a

6   lot.  Some will be off a little bit.  Some will be

7   above.  Some will be below.  But on average, they --

8   it turns out that in linear regression, on average,

9   they will be the same.

10         So they'll be right on average.  It will find

11  the coefficients that give you that outcome, which

12  happen to be the ones that pass -- that's the best fit

13  in some other statistical sense.  So the formula is

14  what gives you the prediction.

15         So -- so the -- the but-for price would be

16  the number that's predicted with the formula without

17  the anticompet- -- the effect of the anticompetitive

18  conduct.

19         So that's what I said before.  It would be

20  the amount predicted by the model, backing out the

21  overcharge which would be embedded in the -- in the

22  model prediction.

23     Q   Okay.  Thank you.  I think I've got it now.

24         So your -- the but-for CP -- you get the

25  but-for CPC by taking the CPC that's predicted by the

Page 215

1    model and subtracting the overcharge, and that's the
2    estimated but-for CPC; right?
3        A    Yes.
4        Q    Okay.  The overcharge that you get from the
5    model, that's always positive; right?
6        A    Because the -- the coefficient is positive.
7    Yes.
8        Q    Okay.  And so because you have a -- you have
9    a predicted CPC, and then you're subtracting a
10   positive overcharge from that predicted CPC, the
11   but-for CPC that you're going to calculate is
12   necessarily going to be below the predicted CPC;
13   right?
14       A    I mean, given the way the models come out,
15   yes.
16       Q    Okay.
17       A    It could be -- it could be the opposite if
18   the coefficient on AdX share was negative.  It would
19   be the opposite way.  But given the way it's come out,
20   yes, that's right.
21       Q    Okay.  So given that the coefficient on AdX
22   share is positive in your model, for 100 percent of
23   the transactions in your model, the but-for CPC will
24   be lower than the predicted CPC?
25       A    Correct.

Page 216

1      Q    Okay.

2      A    But -- but that does -- that's not what you

3   would usually use to establish impact.  That's -- that

4   is what -- that is the condition for the -- the first

5   model in the -- in the first report.  It's just that

6   there is a marketwide effect, and through market

7   forces, I would expect it to impact everyone.  That

8   would be my conclusion.

9      Q    Okay.

10     A    For the -- the -- the second model in the

11  reply report, because of the -- the way that the model

12  is estimated, there will always be an observation for

13  which the actual price paid is more than the but-for

14  price, calculated the way we just said.

15     Q    Explain to me why that is the case because of

16  the way the model is estimated.

17     A    Okay.  So let's say I have one -- one

18  observation for that particular advertiser.  Because

19  of a fixed effect, the fixed effect will cause the

20  observations for that group of -- for that group of

21  observations, all the ones from that advertiser will

22  be right on average.  That's how -- that's what a

23  fixed effect will end up doing to a model, just like

24  if you have -- yeah, it will -- it will always be like

25  that.

Page 217

1          So if you have one observation, then the
2     predicted value will exactly match the actual value.
3     And when you remove the overcharge, the predicted
4     but-for will necessarily be below the actual.  Okay.
5          So -- so if there's only one observation,
6     then you understand.
7          If there's two observations, now, because
8     the -- on average, the data for that particular
9     advertiser has to be -- has to match the average of
10    the -- of the actual prices paid, one of them will
11    have a number that's higher, and one will have a
12    number that's lower than the predicted value.
13         So one of them, which has a number that's
14    higher, will necessarily be greater than the predicted
15    value, less the -- the overcharge figure.
16         So the same -- you can tell it's the same
17    story with three or four or five.  There will always
18    be one that's positive, and some others that are
19    negative.  And that's what leads to the outcome that
20    they all will have an actual price paid that's higher
21    than the predicted but-for price, less the overcharge.
22    Q    And to make sure I'm understanding, that's
23    just because that's the nature of taking an -- you
24    know, an average that's going to fit, let's say, all
25    the prices actually paid.  Some will be above the

Page 218

1   average, some will be below the average, on average.
2   The predicted price, right, will -- will match.
3           That was inarticulate.  But so -- let me try
4   that again.
5           The predicted values are an average of,
6   right, the actual values.  So some will be above --
7   some actual values will be above, some actual values
8   will be below; is that right?
9      A   This is probably an easier way to put it, and
10  maybe the way I should have done it in the first
11  place.
12          But in the -- from the estimates, the
13  predicted value -- the average of all the predictions
14  for that advertiser will match the average of all the
15  actuals for that advertiser.  So, I mean, that's the
16  property that -- that causes this.
17     Q   Okay.  And when you say "that's the property
18  that causes this," that's the property that means that
19  there will always be one transaction for which --
20          STENOGRAPHIC REPORTER:  I'm sorry.  "...that
21  there will always be" --
22          MS. SESSIONS:  Q.  -- one transaction for
23  which the but-for CPC is less than the CPC that the
24  advertiser actually paid?
25     A   Correct.  Yes.  It's because of the fixed