# EXHIBIT 8
# REDACTED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | **CASE NO. 1:21-MD-3010 (PKC)** |
| **THIS DOCUMENT RELATES TO:**<br><br>**IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION** | |

**SUPPLEMENTAL DECLARATION OF DR. LAILA HAIDER**

**JUNE 16, 2025**

1.        I have been asked to review the methodologies proposed by Plaintiffs' experts, Dr. J. Douglas Zona and Dr. Hal Singer, in their reply reports dated February 18, 2025.[1]  In reply, Dr. Zona and Dr. Singer each present new models that depart from the opinions presented in their opening reports.[2]  My opinions of the new methodologies and opinions proposed by Dr. Zona and Dr. Singer in reply are continuing to develop and I reserve the right to supplement my opinions.  This declaration does not contain all of my opinions regarding the flaws in Plaintiffs' experts' reply reports.

2.        Dr. Zona proposes a new regression model in his reply report.  In his opening report, Dr. Zona "partitioned [] Google Ads' open web display transactions … into two predominant categories" based on how advertisers are billed for ads, and he put forward separate regression models for each category of transactions.[3]  By comparison, in his reply report, Dr. Zona applies a single new regression model that, among other changes, combines transactions across the two categories.[4]  I apply Dr. Zona's new model separately for the two categories of transactions that he used in his opening report: impressions transacted (1) on a CPC basis (which, according to Dr. Zona, are all AdSense transactions) and (2) on a CPC-to-CPM basis (the vast majority of which, according to Dr. Zona, are AdX or 3PE transactions).[5]  This follows the same approach that Dr. Zona used in his opening report, in which he presented regression results separately for transactions in the AdSense pipeline and transactions in the AdX/3PE pipeline.[6]  Consistent with Dr. Zona's opening report, I have also included a click-through rate explanatory variable only in the model for the AdX/3PE pipeline.[7]  In **Exhibit 1** below, I show a comparison of Dr. Zona's aggregate overcharges in his reply report (in which he combines both pipelines) and the estimated overcharges I derive using his new model but applying it separately to transactions in

---

[1] Expert Reply Report of J. Douglas Zona, Ph.D., February 18, 2025 ("Zona Reply Report"); Expert Reply Report of Hal J. Singer, February 18, 2025 ("Singer Reply Report").

[2] Expert Report of J. Douglas Zona, Ph.D., October 4, 2024 ("Opening Zona Report"); Expert Report of Hal J. Singer, October 4, 2024 ("Opening Singer Report").

[3] Opening Zona Report, ¶128.

[4] *See* Dr. Zona's workpapers.

[5] Opening Zona Report, ¶¶127-128, Table 2.

[6] Opening Zona Report, ¶¶129-132, Table 3.  I refer to impressions that are transacted on a CPC basis as impressions in the "AdSense pipeline."  I refer to impressions transacted on a CPC-to-CPM basis as impressions in the "AdX/3PE pipeline."

[7] Opening Zona Report, ¶¶131-132, Table 3.

1

each pipeline. For transactions in the AdSense pipeline, the monthly estimated overcharges are consistently negative.[8] For transactions in the AdX/3PE pipeline, the monthly estimated overcharges are lower in comparison to Dr. Zona's estimates.[9]

### EXHIBIT 1
### ESTIMATED OVERCHARGES FROM APPLYING DR. ZONA'S NEW REGRESSION SEPARATELY TO EACH PIPELINE
### JANUARY 2016 – DECEMBER 2022

| Dr. Zona's New Model | Estimated Monthly Overcharges |
| --- | --- |
| [a] | [b] |
| Dr. Zona's New Model Applied to the Two Pipelines Combined (Presented by Dr. Zona) | 2.7% ~ 3.7% |
| Dr. Zona's New Model Applied to the AdSense Pipeline | -2.1% ~ -0.9% |
| Dr. Zona's New Model Applied to the AdX/3PE Pipeline | 2.4% ~ 3.3% |

*Note:* Consistent with Dr. Zona's original methodology, the model for the AdSense pipeline does not include the variable for the click-through rate. See Table 3 in Opening Zona Report.

*Source:* Dr. Zona's reply turnover.

---

[8] To be clear, Dr. Zona's regression model estimates a relationship between AdX share and aggregated prices paid by advertisers; this by itself does not yield an overcharge. Overcharges are calculated using Dr. Zona's methodology, based on the estimated relationship between the AdX share and prices paid by advertisers from Dr. Zona's regression model and the win rates calculated by Dr. Zona. Based on my testing of Dr. Zona's new regression model, I find there is an overall *negative* and statistically significant relationship between the lagged AdX shares and prices paid by advertisers for transactions in the AdSense pipeline. Specifically, the estimated price effects of AdX shares from the last month and three months prior are both negative and statistically significant. The estimated price effect of AdX share from two months prior is positive and statistically significant but smaller in magnitude compared to the combined estimated price effects of AdX shares from the last month and three months prior. As a result, the combined price effect of all three lagged AdX shares is negative, and the estimated monthly overcharges are negative throughout the entire data period for transactions in the AdSense pipeline. *See* my workpapers.

[9] Overcharges are calculated using Dr. Zona's methodology, based on the estimated relationship between the AdX share and prices paid by advertisers from Dr. Zona's regression model and the win rates calculated by Dr. Zona. Based on my testing of Dr. Zona's new regression model, I find that the overall estimated price effect of AdX shares on transactions in the AdX/3PE pipeline is smaller in magnitude compared to Dr. Zona's estimates. While the estimated price effect from each of the lagged AdX shares is positive and statistically significant, the combined effect is smaller compared to the combined effect that Dr. Zona estimates using a single model for transactions in the two pipelines combined. Accordingly, the estimated monthly overcharges derived from applying Dr. Zona's new regression model to the AdX/3PE pipeline are smaller than the estimated monthly overcharges derived by Dr. Zona using his new regression model for the two pipelines combined. *See* my workpapers.

3.    While Dr. Zona's original models estimated the effect of the contemporaneous AdX share on prices paid by advertisers, Dr. Zona's new model estimates the effect of lagged AdX shares on those prices.[10]  In addition to applying Dr. Zona's new model separately for each pipeline, as described above, I also apply Dr. Zona's new model using the contemporaneous AdX share that Dr. Zona used in his original models in place of the lagged AdX shares in his new model.  In **Exhibit 2** below, I show a comparison of Dr. Zona's aggregate overcharges in his reply report (in which he combines both pipelines and measures the effect of lagged AdX shares), and the estimated overcharges I derive from my testing of his new model (using Dr. Zona's original approach of separating the two pipelines and measuring the effect of the contemporaneous AdX share).  For transactions in the AdSense pipeline, the monthly estimated overcharges are consistently negative.[11]  For transactions in the AdX/3PE pipeline, the monthly estimated overcharges are about half the magnitude of Dr. Zona's estimates.[12]

---

[10] Zona Reply Report, ¶85.

[11] Overcharges are calculated using Dr. Zona's methodology, based on the estimated relationship between the AdX share and prices paid by advertisers from Dr. Zona's regression model and the win rates calculated by Dr. Zona.  When I apply Dr. Zona's new model to transactions in the AdSense pipeline and use the contemporaneous AdX share instead of the lagged AdX shares, I find that the estimated price effect of the AdX share is *negative* and statistically significant for transactions in the AdSense pipeline.

[12] Overcharges are calculated using Dr. Zona's methodology, based on the estimated relationship between the AdX share and prices paid by advertisers from Dr. Zona's regression model and the win rates calculated by Dr. Zona.  When I apply Dr. Zona's new model to transactions in the AdX/3PE pipeline and use the contemporaneous AdX share instead of the lagged AdX shares, I find that the estimated price effect of the AdX share is substantially reduced compared to Dr. Zona's result for transactions in the AdX/3PE pipeline.

**EXHIBIT 2**

**ESTIMATED OVERCHARGES FROM APPLYING DR. ZONA'S NEW REGRESSION SEPARATELY TO EACH PIPELINE AND MEASURING THE EFFECT OF THE CONTEMPORANEOUS ADX SHARE**
**JANUARY 2016 – DECEMBER 2022**

| Dr. Zona's New Model | Estimated Monthly Overcharges |
|---|---|
| [a] | [b] |
| Dr. Zona's New Model Applied to the Two Pipelines Combined (Presented by Dr. Zona) | 2.7% ~ 3.7% |
| Dr. Zona's New Model with Contemporaneous AdX Share Applied to the AdSense Pipeline | -2.4% ~ -1.6% |
| Dr. Zona's New Model with Contemporaneous AdX Share Applied to the AdX/3PE Pipeline | 1.4% ~ 2.1% |

*Note:* Consistent with Dr. Zona's original methodology, the model for the AdSense pipeline does not include the variable for the click-through rate. See Table 3 in Opening Zona Report.

*Source:* Dr. Zona's reply turnover.

4. I have replicated Dr. Singer's "Direct Method" of estimating the alleged anticompetitive effect of UPR on Proposed Class Members using the approach he proposes in reply, adjusted only to reflect the same before and during UPR periods used in his opening report.[13] First, I test Dr. Singer's new difference-in-difference model, which he uses to estimate a UPR price lift. The results of Dr. Singer's difference-in-difference model, had he used a "during" UPR period through December 2022—the period used in his opening report—are shown in **Exhibit 3**.[14]

---

[13] In reply, Dr. Singer uses different "before" and "during" UPR periods as compared to his opening report. Dr. Singer claims to justify his inclusion of additional months in his "during" UPR period in reply because of his reliance on a different dataset, stating "[m]y analysis previously extended only to December 2022 because Google only produced the data in that specific dataset up to that point." Singer Reply Report, ¶167. I note that the specific dataset Dr. Singer now uses for the "Direct Method" proposed in his reply, the AdX/Open Bidding data produced by Google in response to RFP 243, was available to him in advance of his opening report. Indeed, Dr. Singer relied upon the AdX/Open Bidding data in his opening report in his incidence analysis for his Indirect Method and his AdX share calculation in Table 14. Opening Singer Report, ¶¶100, 248, Table 14; Dr. Singer's workpapers. He also used it to calculate "the percentage of AdX impressions from Google Ads" in his original Direct Method. Opening Singer Report ¶¶125 (step vii), 128, Table 7 (row H).

[14] While Dr. Singer's "Primary Model" uses a "before" UPR period that differs from his opening report, his "Specification 2" uses a "before" UPR beginning in January 2017, the same period used in his opening report.

4

With this single adjustment, Dr. Singer's own difference-in-difference model in his reply report results in a not statistically significant and negligible (or negative) price lift.

EXHIBIT 3

DR. SINGER TABLE 9: DIFFERENCE-IN-DIFFERENCE MODEL RESULTS
ADJUSTED FOR THE UPR PERIOD THROUGH DECEMBER 2022

| Model Criteria | Primary Model | Specification 2 | Specification 3 | Specification 4 |
|---|---|---|---|---|
| Time Period | 7/2016 to 12/2022 | 1/2017 to 12/2022 | 7/2016 to 12/2022 | 1/2017 to 12/2022 |
| Dependent Variable | CPM | CPM | CPM | CPM |
| **Explanatory Variables** | | | | |
| Constant | 1.455 | 1.358 | 1.477 | 1.370 |
|  | 0.000 | 0.000 | 0.000 | 0.000 |
| AW | -0.251 | -0.182 | -0.267 | -0.192 |
|  | 0.0000 | 0.000 | 0.000 | 0.000 |
| UPR | 0.098 | 0.196 | 0.051 | 0.159 |
|  | 0.095 | 0.000 | 0.401 | 0.002 |
| **AW*UPR** | **0.002** | **-0.067** | **0.031** | **-0.044** |
|  | 0.982 | 0.337 | 0.689 | 0.528 |
| Observations | 156 | 144 | 156 | 144 |
| Adj. R-Squared | 21.91% | 26.43% | 20.20% | 23.02% |

Note: The AW*UPR interaction variable captures Dr. Singer's claimed causal effect of UPR on AdWords (Google Ads).
Source: Dr. Singer's reply turnover.

5. Second, I test Dr. Singer's estimate of an impression lift following UPR, as specified in his reply report. The results of Dr. Singer's estimate of a Google Ads–AdX impression lift following UPR, as calculated in his reply report, turn negative when adjusted to reflect the same before and during UPR periods used in his opening report. Moreover, adjusting *only* the before UPR period, to begin in January 2017 as used by Dr. Singer in his opening report, similarly results in no Google Ads–AdX impression lift.[15]

---

Opening Singer Report, ¶¶117, 122, Table 4; Singer Reply Report, ¶¶176-177, Table 9. "Specification 2" shown in Exhibit 3 below therefore reflects the same "before" and "during" periods used by Dr. Singer in his opening report.

[15] *See* my workpapers. In reply, Dr. Singer's uses different "before" and "during" UPR periods as compared to his opening report. Dr. Singer claims to justify his inclusion of additional months in his "during" UPR period in reply because of his reliance on a different dataset, stating "[m]y analysis previously extended only to December 2022 because Google only produced the data in that specific dataset up to that point." Singer Reply Report, ¶167. I note that

5

6.  Third, I have also replicated Dr. Singer's difference-in-difference model as presented in his reply report, with the exception that I calculate CPMs as gross revenue divided by thousands of ▇▇▇▇ rather than ▇▇▇▇▇▇▇▇ ▇▇▇▇▇ is the measure used in Dr. Singer's opening report and are a subset of ▇▇▇▇▇▇.[16] As shown in **Exhibit 4**, Dr. Singer's own difference-in-difference model in his reply report shows no UPR price lift when CPMs are calculated based on ▇▇▇▇.

**EXHIBIT 4**
**DR. SINGER TABLE 9: DIFFERENCE-IN-DIFFERENCE MODEL RESULTS ADJUSTED TO BE BASED ON IMPRESSIONS**

| Model Criteria | Primary Model | Specification 2 | Specification 3 | Specification 4 |
|---|---|---|---|---|
| Time Period | 7/2016 to 3/2024 | 1/2017 to 3/2024 | 7/2016 to 3/2024 | 1/2017 to 3/2024 |
| Dependent Variable | CPM (Impressions) | CPM (Impressions) | CPM (Impressions) | CPM (Impressions) |
| **Explanatory Variables** | | | | |
| Constant | 1.634 | 1.540 | 1.646 | 1.541 |
| | 0.000 | 0.000 | 0.000 | 0.000 |
| AW | -0.203 | -0.107 | -0.213 | -0.105 |
| | 0.0001 | 0.008 | 0.000 | 0.020 |
| UPR | 0.313 | 0.407 | 0.273 | 0.378 |
| | 0.000 | 0.000 | 0.000 | 0.000 |
| **AW*UPR** | **-0.047** | **-0.143** | **-0.028** | **-0.136** |
| | 0.577 | 0.069 | 0.741 | 0.086 |
| Observations | 186 | 174 | 186 | 174 |
| Adj. R-Squared | 25.61% | 28.64% | 21.68% | 24.16% |

*Note*: The AW*UPR interaction variable captures Dr. Singer's claimed causal effect of UPR on AdWords (Google Ads).
*Source*: Dr. Singer's reply turnover.

---

the specific dataset Dr. Singer now uses in reply was available to him in advance of his opening report. Even accepting his claim, his use of a dataset that contains additional months of data cannot explain his choice to also modify the "before" UPR period.

[16] For example, Dr. Singer used ▇▇▇▇ both for his Direct Method, as well as for his Indirect Method in his calculation of the "incidence of the AdX take rate for advertisers" for which he used the more granular AdX/Open Bidding dataset that contains fields for ▇▇▇▇ as well as ▇▇▇▇▇▇ Opening Singer Report, ¶100 and Dr. Singer's workpapers.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 16th day of June, 2025 in Washington, DC.

                                    *Laila Haider*

                                    Laila Haider, Ph.D.