# EXHIBIT 29
# REDACTED

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3
4     *******************************
5     IN RE:
6     GOOGLE DIGITAL        NO. 1:21-MD-3010 (PKC)
7     ADVERTISING ANTITRUST
8     LITIGATION
9     *******************************
10
11
12                 CONFIDENTIAL
13            VIDEOTAPED DEPOSITION OF
14             JAMES W. MICKENS, PH.D.
15             FRIDAY, MARCH 27, 2025
16              9:08 A.M. - 6:41 P.M.
17                   DLA PIPER
18                33 ARCH STREET
19             BOSTON, MASSACHUSETTS
20
21
22
23     REPORTED BY:  Sandra A. Deschaine, CSR, RPR,
24     CLR, RSA
25     Job No. CS7247127

```
                                                       Page 2
 1    APPEARANCES:
 2
 3    ON BEHALF OF THE PLAINTIFFS ASSOCIATED
 4    NEWSPAPERS LIMITED and MAIL MEDIA, INC., and
 5    GANNETT CO. INC. AND THE WITNESS:
 6    KELLOGG, HANSEN, TODD, FIGEL & FREDERICK,
 7    P.L.L.C.:
 8         Christopher Goodnow, Esquire
 9         Sumner Square
10         1615 M Street, N.W., Suite 400
11         Washington, District of Columbia 20036
12         202.326.7907
13         ggoodnow@kellogghansen.com
14         shenningson@kellogghansen.com
15
16    On BEHALF OF DEFENDANTS GOOGLE LLC and
17    Alphabet, Inc.:
18    AXINN, VELTROP & HARKRIDER LLP
19         James Hunsburger, Esquire
20         Maryanne Magnier, Esquire
21         1901 L Street NW
22         Washington, District of Columbia 20036
23         202.469.3561
24         jhunsberger@axinn.com
25         mmagnier@axinn.com
```

Page 3

1  (Appearances continued)
2
3  and
4  AXINN, VELTROP & HARKRIDER LLP
5      Russell Steinthal, Esquire
6      630 Fifth Avenue
7      New York, New York 10111
8      212.728.2200
9      rsteinthal@axinn.com
10
11 Also Present:  Shawn Budd, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 334

1      Q. Are you offering an opinion that
2  any of the design choices by Google were
3  deceptive?
4          MR. GOODNOW: Objection to form.
5      A. I am not offering opinions about
6  deceptiveness, once again, from the economic
7  perspective.
8          I make a series of technical
9  claims in here about what various
10 participants did or did not know about
11 various aspects of auctions.
12 BY MR. HUNSBURGER:
13     Q. Are you offering an opinion that
14 any of the design choices by Google were
15 unfair?
16         MR. GOODNOW: Objection to form.
17     A. Once again, I look at all the
18 questions in my report from a technical lens.
19 BY MR. HUNSBURGER:
20     Q. Are you offering any opinion that
21 any of the design choices by Google were
22 unfair from a technical lens?
23     A. We've had some discussions earlier
24 in the deposition about what I meant by fair,
25 so I'd refer you back to that discussion.

Page 335

```
 1        Q.   Are you offering an opinion that
 2   any of the design choices by Google violated
 3   any state law?
 4        A.   I'm not making any opinions about
 5   strictly legal matters.
 6        Q.   Professor, did you visit
 7   dailymail.com in preparing your report?
 8        A.   I have not visited that site
 9   specifically for the purposes of preparing
10   the report, but I have been to that site
11   before.
12        Q.   Would you agree that some
13   advertisers would not want their
14   advertisements displayed next to xenophobic
15   content?
16             MR. GOODNOW:  Objection to form.
17        A.   I would say that, in general,
18   advertisers have targeting criteria, and
19   advertisers, some may not wish to have their
20   content displayed next to that.
21   BY MR. HUNSBURGER:
22        Q.   Would you agree that at least some
23   advertisers do not want their advertisements
24   displayed next to racist content?
25             MR. GOODNOW:  Objection to form.
```

Page 336

1      A.   There will be some advertisers,
2   yes, who have those targeting criteria.
3           MR. HUNSBURGER:  I'll mark our
4       final exhibit of the day, Exhibit 12.
5   (Exhibit 12, Daily Mail, MAC ON...Europe's
6   open borders, marked for identification.)
7   BY MR. HUNSBURGER:
8      Q.   I'm showing you what has been
9   marked for the record as Mickens Exhibit 12.
10          This a cartoon published by Daily
11  Mail on November 16th, 2015.  The cartoon is
12  titled "MAC ON...Europe's open borders."
13          Do you see that?
14     A.   I do.
15     Q.   In your view, is that cartoon
16  xenophobic?
17          MR. GOODNOW:  Objection to form.
18     A.   This is the first time that I have
19  seen this particular cartoon.  I mean, it
20  appears to be a cartoon which is
21  anti-immigration.
22  BY MR. HUNSBURGER:
23     Q.   In your view, is this cartoon
24  racist?
25          MR. GOODNOW:  Objection to form.

Page 337

1        A.   I don't -- I don't personally like
2    this cartoon.  I think that there's an
3    argument that it could be racist.
4    BY MR. HUNSBURGER:
5        Q.   I agree.  The carton depicts what
6    appears to be migrants crossing into Europe?
7        A.   That appears to be the case.
8        Q.   And do you see the depiction of a
9    woman in a burka?
10       A.   I do.
11       Q.   And a silhouette of a bearded man
12   with a gun?
13       A.   I do.
14       Q.   How do you interpret those?
15            MR. GOODNOW:  Objection to form.
16       A.   I think that this is an
17   anti-immigrant cartoon.
18   BY MR. HUNSBURGER:
19       Q.   And the immigrants here are
20   crossing the border accompanied by multiple
21   rats at the bottom.
22            Do you see that?
23       A.   I do.
24       Q.   Does Harvard University advertise?
25       A.   That I don't know.

1    Q.    Assuming Harvard advertises, would
2    Harvard want its ads displayed next to this
3    cartoon?
4              MR. GOODNOW:  Objection to form.
5        A.    I imagine the answer would be no.
6    BY MR. HUNSBURGER:
7        Q.    And as you state in your rebuttal
8    report, directing you to paragraph 35.
9        A.    Yes.
10   ███    ██████    ██████  █  ████████
11   █████  ██████ █  ██ ████████ █ █████████ ██
12   ████████  █████ █ ████ █ ██████ ██████ ██ ██
13   ████████ █  ████████ █  ████████
14   ████████████
15                 ████   ██  ███   ████
16            ██    █████ █ ████
17            ████   ██████   ██████   ████████ ██
18   ████████████    ██████  ████ █  ██████████
19   █████████   █████   ██████   █████████
20              ██████   ██████       █████████ █ ██████
21            ██    █  █████ █  █████   ██████ ██
22   ███████    ██████████    █████  █ ██████   ███████
23   ████████
24   █  ██    ██████████
25            ██    ████    ████    █████   ██████  ██████ ██

Case 1:21-md-03010-PKC   Document 1081-29   Filed 07/18/25   Page 10 of 12

Page 339



12    BY MR. HUNSBURGER:
13        Q.   So fair to say that advertisers
14    may not want their ads displayed next to
15    content like this on Daily Mail's website?
16             MR. GOODNOW:  Objection to form.
17        A.   That is correct, but that is not a
18    point of contention amongst myself and, I
19    believe, any of the experts in the case.
20    BY MR. HUNSBURGER:
21        Q.   You're saying all the experts in
22    the case agree that this is the type of
23    content that advertisers would not want their
24    ads displayed next to?
25             MR. GOODNOW:  Objection to form.

Page 340

```
1        A.   No.  What I'm saying is that to my
2    understanding there's no disagreement amongst
3    the experts that targeting is a helpful thing
4    for both publishers and advertisers.
5    BY MR. HUNSBURGER:
6        Q.   Targeting so the advertisers can
7    avoid having their ads displayed next to
8    xenophobic content like this cartoon,
9    correct?
10            MR. GOODNOW:  Objection to form.
11       A.   For example, that's one reason why
12   people might not want -- I'm sorry.  That is
13   one reason why an advertiser might want to
14   target its ads.
15   BY MR. HUNSBURGER:
16       Q.   Professor Mickens, I have no
17   further questions for you at this time.  I
18   appreciate your time and patience with us
19   today.  I know it's been a long day, so thank
20   you very much.
21            MR. HUNSBURGER:  And I'll pass the
22   witness.
23            MR. GOODNOW:  No questions for me.
24       I think we can wrap up.
25                 THE VIDEOGRAPHER:  The time is
```

Page 341

1  6:40.  We're off the record.
2        THE COURT REPORTER:  Mr. Goodnow,
3  you're getting a rough, right?
4        MR. GOODNOW:  Yes.
5        THE COURT REPORTER:  And I have an
6  expedite for Friday.
7        MR. HUNSBURGER:  Whatever you got
8  on the order is good with me.
9        MR. GOODNOW:  Same for us.
10 (Deposition concluded at 6:41 p.m.)