# EXHIBIT 43A

# REDACTED

# THIS DECK IS INTERNAL ONLY

**Disclaimers for usage**
- May be presented to NDA Clients Only
- Use in 1:1 Client Meetings Only, Not for Broad Event Use
- Do not leave behind or share

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-12072121





HIGHLY CONFIDENTIAL

GOOG-DOJ-12072123



Sometimes it's easy to forget why we are doing something or why a project is important, especially when you are in the weeds and the project spans many years. It's easy to forget why it's important or why we are even doing it to begin with. Let's take a step back and look at what publishers are doing and how they work.

Take a look at a, publisher's business 10 or more years ago. Things were pretty simple. They had desktop web inventory and a sales team that did their best to sell it via direct campaigns with delivery goals and guarantees; this was ~80% of revenue. Anything leftover, usually about 20% went to remnant, which mean ad networks or later, RTB

Fast forward 10 or so years and now and things look much different. You still have the traditional reservations channel and open auction, but now there is a 3rd channel-- Programmatic Direct. And the revenue mix looks much different as well. Publishers transact pretty equally across all of these channels. In come cases, pubs may skew more towards one channel than another, but the point is that all three are actively utilized. Furthermore, it's no longer about desktop web inventory, there's mobile app, mobile web and video. And within each of these sales channels, you also have different deal types( PG, FLD, PD, etc). Things are pretty complicated

Now think about the fact that in order to accomplish 1 business goal-- to monetize inventory across all of these channels and platform types-- publishers have to use two different, very segmented products. That's adding even more complexity on top of an already complex landscape.

This is where unification can really help. We want to try to bring some simplicity and efficiency to this complexity

HIGHLY CONFIDENTIAL



Bringing AdX and DFP together helps publishers to seamlessly transact via any sales channel across all platform types with full transparency and control

HIGHLY CONFIDENTIAL

## How will connecting DFP & AdX help?

 **Improved Performance and Competition**
Optimizing revenue from all channels and formats across direct and programmatic sales

 **Holisting insights + transparency**
Unified query tool → Reporting across all sales channels & individual integrated dashboard capabilities

 **Stronger Core**
Forecasting 2.0 & Improved Troubleshooting Functionalities

 **Single + efficient UI** = more time spent on things that matter

Google

GOOG-DOJ-12072126



## Unification Phases

1. Account Mapping.........................................................completed in Q4 2016
2. AdX pages in DFP.......................................................completed in Q1 2017
3. Redesigned workflows.................................................now through 1H 2018

- New information architecture reduces UI complexity [Q4]
- Inventory unification* provide seamless targeting and reporting across all sales channels [Q3 and Q4]
- Workstream to provide insights everywhere [Launched]
- Protections keep your inventory and relationships safe across all sales channels [Q1 2018]

*Note: Inventory unification is covered in this presentation.*

Google

Account mapping lays the foundation for all other unification features by merging UI access and account management into one product (DFP specifically).

GOOG-DOJ-12072127



GOOG-DOJ-12072128



## Why are we unifying inventory?

Using a single unit of inventory provides:

1. **Full transparency and visibility across all sales channels and platform types**
Maintaining separate inventory in AdX and DFP that represents the same real-world inventory means fragmentation and lack of visibility when reporting across sales channels.

2. **A unified and streamlined inventory creation and management workflow**
Separate inventory requires creation of 2 inventory entities and sets of tags that mirror the inventory. Unified inventory allows you to manage inventory from a single place, then reuse throughout the entire product for targeting and reporting regardless of sales channel and deal type.

3. **Simplified results with higher revenue and more opportunities**
Workflow simplification helps publishers spend more time on the things that matter. End-to-end sell through and revenue transparency surfaces opportunities and help publishers make smarter decisions about monetizing inventory.

Google

Context and value proposition for inventory unification:
Streamline inventory creation and management
We want to provide full transparency and visibility across all sales channels (PG, TR, OA, PD, etc) and platform types (mApp, mWeb, and video)
Grow revenue by eliminating errors and highlighting new opportunities (i.e. inventory that maybe wasn't competing on a certain deal type, but could be). This is in part b/c of the simplified inventory structure that they will gain when they use one notion of inventory (i.e. the DFP ad unit instead of AdX ad slots and DFP ad units). Opportunities will either be surfaced by us in the new opportunities feature or can be discovered by the publisher. Having more transparency and visibility across all of their inventory will make it easier for them to discover these opportunities on their own.

HIGHLY CONFIDENTIAL



What exactly does this change mean for pubs? What do we have to ask from pubs? Do they have to restructure their AdX rules?

A: Most impact will be to the pubs who just went from AdX ad slots taking the same structure and moved it to rules during Matador migration. Challenge is that pubs won't have the same level of targeting between AdX and DFP. For these pubs we can't really ask them to start making changes in their setup without these targeting capabilities being available.

GOOG-DOJ-12072130

## Phasing out AdX tags in the UI

- To phase out AdX tags in the UI, we need to remove them throughout DFP and AdX

- AdX tags in the UI are used in:

    a. The **backfill creative snippet** in DFP for AdX line items as an ad_slot parameter
    b. In AdX rules and Deals as a targeting property

*NOTE: This project only impacts <u>AdX tags in the UI</u> and does not impact AdX tags used on a web page or in-app*



When referencing AdX UI, call it AdX Tag in UI; parameter should be "ad slot" and DFP is "ad unit"

GOOG-DOJ-12072131



Deprecate all other parameters in the snippet is 90% completed.

HIGHLY CONFIDENTIAL

GOOG-DOJ-12072132



AdX tags in the UI

# The final step: converting AdX ad slots to DFP ad units

Once the all use cases are supported and the backfill snippet has been deprecated, we can begin the process of automatically converting all AdX ad_slots to DFP ad units.

- This will be an automated process

- For every AdX ad_slot in the AdX UI, we will create a DFP ad unit

- Publishers must then use the DFP UI to manage and create their inventory; AdX only publishers will need to be recontracted before this time

- Publishers may continue to use the AdX tag on their page or in another 3rd party ad server

- Publishers may continue to generate AdX tags for any ad units created from AdX ad slots

- For new inventory that a publisher wants to run on the exchange, we will allow generation of AdX tags, however this must be done under the correct web property (more on this soon)

Google

HIGHLY CONFIDENTIAL



## Before we can deprecate the backfill snippet...

**Google**

- **Google** needs to support all ad_slot parameter use cases in AdX rules and in a new feature (inventory bundles)
  - Geo-targeting unification added to AdX rules (launched)
  - Complex key-value targeting added to AdX rules (ORs in keysets for key-values, availability TBD)
  - Inventory bundles added to DFP (in alpha now; more on following slides)

**Publishers**

- **Publishers** need to make changes to their backfill setup by doing one or both of the items below:

  a. **Update AdX rules** to target ad units, geographies, key-values, etc, rather than using the ad_slot parameter in DFP and targeting its corresponding AdX tag in AdX rules (more on following slides)

  b. **In certain cases publisher might need to use the new inventory bundles feature in DFP** to segment inventory, rather than using the ad_slot parameter; rules that previously targeted AdX tags in the UI will target inventory bundles after this launch (more on following slides)

    - For AdX tags in the UI that you do not declare as bundles, you still need to make changes to AdX rules

ORs in keysets for key-values

GOOG-DOJ-12072134



## Why do customers need inventory bundles?

Publishers use AdX tags in the UI in 2 ways:

1. To actually represent real-world inventory
   - Often mirrors or is similar to inventory represented by DFP ad units
   - In place due to legacy reasons before DFP ad units were targetable in AdX rules

2. To create a bundle of targeting that can be targeted in AdX rules as an AdX tag
   - Created using AdX line item and associated targeting in DFP
   - Uses the ad_slot parameter in backfill snippet to declare/identify the bundle

#2 is a workaround often implemented by publishers to utilize the complex targeting in DFP to create an inventory bundle that is then targeted in AdX rules. Publishers use this targeting to create the inventory bundle that they actually want to compete in AdX (as opposed to the targeting in AdX).

Google

ORs in keysets for key-values

HIGHLY CONFIDENTIAL

GOOG-DOJ-12072135



Separate entities not built to work together
AdX Line Items required to copy/paste same code snippet as an AdX page

DFP Targeting/Reporting in AdX slowly built
Even if we introduced DFP dimensions in AdX since 2015.☐

HIGHLY CONFIDENTIAL

GOOG-DOJ-12072136



## Inventory bundles: what are they and how will they be used?

- Publishers have indicated that they would like to create, save, target, and report on inventory bundles throughout DFP and AdX (e.g. in line items and in any deal type -- PG, FLD, PD, etc)

- We intend to allow publishers to have this full capability early next year; however, to unblock inventory unification while still supporting this use case, we have launched the first phase of this feature to select customers in Q2 (launching to more as needed throughout 2017).

- In the first phase, publishers will have the opportunity to save as an inventory bundle any ad_slot parameter used in a DFP AdX line item. The targeting used in the DFP AdX line item will define the inventory bundle.
  - Essentially, this feature allows publishers to create a new entity called *inventory bundle* using the targeting picker in the DFP line item

Google

HIGHLY CONFIDENTIAL

GOOG-DOJ-12072137



## Inventory bundles and reporting

- Reporting will remain unchanged for any ad_slot parameters that become inventory bundles
  - Customers may continue to use the AdX tag dimension to report on inventory bundles, even after those ad slots have been converted to inventory bundles

- At some point in Q3 (exact date TBD), we will begin logging as an ad unit any ad slots that were not converted to inventory bundles
  - Once this logging change has been made, publishers can report on these ad slots using the ad unit dimension; this will show data from the date of the logging change and forward
  - To view data about the ad slot that precedes the logging change, the AdX tag dimension must be used

Google

HIGHLY CONFIDENTIAL



GOOG-DOJ-12072139

## Creating Inventory Bundles

1. Assign a name to the inventory bundle in the spreadsheet

2. We have indicated whether we think an ad slot should be converted to an inventory bundle

3. If you don't want an inventory bundle to be created from this ad slot, remove the line



*Note: if you send any of your inventory to a 3rd party AdX account that is not your own, ensure that you indicate that these ad slots should be created as Inventory bundle or this traffic will no longer be sent to the 3rd party AdX account.*

Google

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

GOOG-DOJ-12072141

## Creating Inventory Bundles

1. The name of the new inventory bundle is displayed in the line item settings screen

2. This is the line item that was used to create the inventory bundle



## Creating Inventory Bundles

1. In the AdX rules UI, AdX tag targeting is changed to inventory bundle targeting

2. Any AdX tags in UI that were previously targeted will remain targeted as the new inventory bundle

1. Customers may create new rules using any of the inventory bundles that were created



HIGHLY CONFIDENTIAL

GOOG-DOJ-12072143



HIGHLY CONFIDENTIAL

GOOG-DOJ-12072144