UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION — 21-md-3010 (PKC)

ORDER

---------------------------------------------------------x

IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION — 21-cv-7034 (PKC)

---------------------------------------------------------x

CASTEL, Senior District Judge:

The claims presented in the Second Amended Consolidated Class Complaint (21-cv-7034, ECF 274) resulted from a consolidation of class action complaints originally filed in this Northern District of California. Insofar as the remaining plaintiffs in the Second Amended Consolidated Class Action Complaint, the actions that were transferred to this MDL are: Genius Media Group, Inc., et al., v. Google, LLC, et al., and 20-cv-9092 (BLF) (N.D. Cal.) and Mikula Web Solutions, Inc. v. Google LLC, 21-cv-810 (BLF) (N.D. Cal.). The action filed by Genius Media Group. Inc. ("Genius") included The Nation, L.P. ("The Nation") as a co-plaintiff.

Genius and The Nation are the class representatives of the certified AdX Class. (21-cv-7034, ECF 279) and claims of the class have withstood defendant's summary judgment motion. (Id., ECF 395.) Mikula Web Solutions, Inc. ("Mikula") is a plaintiff in the Second Amended Consolidated Class Action Complaint but not a class representative, and it has asserted claims that also have withstood defendant's summary judgment action.

The time has come to set a schedule for final pretrial submissions, leading to a trial in this district or to remand, pursuant to 28 U.S.C. § 1407(a), to the district from which an action was transferred.

The Court orders the class representatives, Genius and The Nation, and plaintiff Mikula to set forth their positions on whether their claims, upon the completion of all pretrial

proceedings, ought to be remanded to the Northern District of California, in a letter filed by October 13, 2026. Any response to the letter is due October 19, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 1, 2026