UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION — 21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x

IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION — 21-cv-7034 (PKC)

-----------------------------------------------------------x

CASTEL, Senior District Judge:

If Google seeks to stay the above-captioned action on grounds similar to those asserted in the October 14 letter of Bradley Justus, then it shall file its motion on the same schedule as set forth in the Order of today's date. Any response and reply shall also be due on the same schedule.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 14, 2026