UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION — 21-md-3010 (PKC)

ORDER

-----------------------------------------------------------x
IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION — 21-cv-7034 (PKC)
-----------------------------------------------------------x

CASTEL, Senior District Judge:

The Court issued an Order directing the parties to state their positions on remand of this action, which was transferred from the Northern District of California and had been assigned to the Hon. Beth Labson Freeman. (ECF 2048.) Plaintiffs took the position that the action ought to be remanded. (ECF 2069.) Google agreed. (ECF 2078.) The Court has reviewed 28 U.S.C. § 1407(a) and concludes that a suggestion of remand is appropriate under JPML Rule 10.1(b)(i).

While the parties agree that remand is appropriate they disagree on the timing. Google urges that a suggestion of remand should issue only after the Court resolves its motion to stay and is of the view that once the stay motion is decided, no further pretrial proceedings require coordination as part of this MDL. (ECF 2078.) Plaintiffs respond that the action should remain with this Court "to resolve as many remaining pre-trial matters as possible prior to remand," subject to modification by the destination court to tailor pre-trial submissions consistent with the trial court's individual practices. (ECF 2081.)

Without pre-judging the timing of the suggestion of remand or the merits of Google's stay motion, the Court is of the view that it is appropriate to set a schedule for final pre-trial submissions. This Order incorporates Judge Freeman's Standing Order Re Civil Jury

Trials[1] as to the contents and format of the Joint Pretrial Statement and Order, proposed voir dire, proposed jury instructions and proposed verdict form.[2]

1. Plaintiffs' motions in limine shall be filed by November 24, 2026. Also by November 24, 2026, plaintiffs shall deliver to Google in MS Word format their portion of the proposed Joint Pretrial Statement and Order, joint proposed jury instructions, joint proposed verdict form and joint proposed voir dire.

2. Google's motions in limine and its responses to plaintiffs' motions in limine shall be filed by December 23, 2026. Also by December 23, 2026, Google shall deliver to plaintiffs in MS Word format their portion of the proposed Joint Pretrial Statement and Order, as well as their additions or revisions to the joint proposed jury instructions, joint proposed verdict form and joint proposed voir dire.

3. By January 15, 2027, plaintiffs shall file their response to Google's motions in limine. Also by January 15, 2027, plaintiffs shall cause the filing of the proposed Joint Pretrial Statement and Order, joint proposed jury instructions, joint proposed verdict form and joint proposed voir dire.

4. This Order is without prejudice to Google's motion to stay, which will be addressed in a separate Order.

---

[1] https://cand.uscourts.gov/sites/default/files/standing-orders/BLF-Standing-Order-Re-Civil-Jury-Trials-Rev-Sept-9-2024.pdf

[2] The Court recognizes that the judges of the Northern District of California are free to adopt their own rules and practices on the division of business among judges. Thus, it may be the case that this action is ultimately transferred to a judge other than Judge Freeman. But compliance with her order on civil jury trials will align the pretrial submissions more closely to the practices of the Northern District of California than to the practices of this Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 23, 2026