**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | : | Case No. 1:21-md-03010 (PKC) |
| *This Motion relates to:* IN RE GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | : | Case No. 1:21-cv-07034 (PKC) |

**<u>~~[PROPOSED]~~ ORDER TO WITHDRAW JEREMY GRADWOHL AS COUNSEL OF RECORD</u>**

The Court has determined that the motion to withdraw Jeremy Gradwohl as counsel of record for Publisher Class Plaintiffs in the above-captioned matters should be granted.

**IT IS HEREBY ORDERED** that Jeremy Gradwohl be withdrawn as counsel for Publisher Class Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matters.

Dated: November 5, 2026

P. Kevin Castel
Honorable P. Kevin Castel
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 1:21-md-03010 (PKC) |
| *This Motion relates to:* IN RE GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | Case No. 1:21-cv-07034 (PKC) |

**MOTION TO WITHDRAW JEREMY GRADWOHL AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Civil Rule 1.4 to allow Jeremy Grdwohl to withdraw as counsel of record for Publisher Class Plaintiffs in the above-captioned matters as a result of his departure from Berger Montague PC.

Publisher Class Plaintiffs respectfully re uest that Jeremy Gradwohl be removed from the doc et as counsel for Publisher Class Plaintiffs. Mr. Gradwohl s withdrawal will not delay the matter or pre udice any party. All other counsel listed on the doc et from the law firm Berger Montague PC will continue to represent Publisher Class Plaintiffs in the above-captioned matters.

A proposed order is attached hereto.

Dated: October 2 , 2026

Respectfully submitted,

By: *s ri ra er*

Eric L. Cramer
ecramer bm.net
Michael C. Dell Angelo
mdellangelo bm.net
Caitlin G. Coslett
ccoslett bm.net
Patric F. Madden
pmadden bm.net
**BERGER MONTAGUE PC**
1 1 Mar et St., Suite 3600
Philadelphia, PA 1 103
Telephone: (21 ) 7 -3000

Robert E. Litan
rlitan bm.net
**BERGER MONTAGUE PC**
1001 G Street, N
Suite 400 East
ashington, DC 20001
Telephone: (202) - 740

*o ead o nsel or lisher lass lainti s*