UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION — 21-md-3010 (PKC)

ORDER

----------------------------------------------------------x
IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION — 21-cv-7034 (PKC)
----------------------------------------------------------x

CASTEL, Senior District Judge:

The Court's Order of October 23, 2026 (ECF 2095) on final pretrial submissions in the above action incorporated by reference Judge Freeman's Standing Order Re Civil Jury Trials[1] "as to the contents and format of the Joint Pretrial Statement and Order, proposed voir dire, proposed jury instructions and proposed verdict form." (Order of October 23, 2026 at 2.) Plaintiffs seek certain modifications of that Order.

Having considered the submissions of the parties (ECF 2127, 2128, 2135) and having ruled on multiple Daubert issues in this action, the Court adheres to the October 23 Order with the following modifications:

1. Plaintiffs may file separate motions addressing (a) severance of the claims of Mikula; (b) a motion for prima facia treatment of certain factual findings in the Eastern District of Virginia Action; and (c) the proposed adverse inference motion on the same schedule as the motions in limine in the October 23, 2026 Order with responses thereto, except for the permitted reply on the adverse inference motion (see paragraph 3 below).

[1] https://cand.uscourts.gov/sites/default/files/standing-orders/BLF-Standing-Order-Re-Civil-Jury-Trials-Rev-Sept-9-2024.pdf

2. In addition to the motions authorized in paragraph 1 of this Order, each party may file up to five motions in limine, inclusive of separate motions raising a Rule 702 issue as to a particular expert, on the schedule for motions in limine and responses thereto in the October 23, 2026 Order. They shall be labeled in the manner described in section III(C)(2) of Judge Freeman's Standing Order.

3. Any motions in limine, the motions authorized in paragraph 1(a), 1(b) hereof and the responses thereto shall be limited to 15 pages per motion and no replies. The motion authorized in paragraph 1(c) hereof and the response thereto shall be limited to 20 pages per side with a reply limited to 7 pages to be submitted by January 15, 2027.

4. The designation of testimony from any prior proceeding shall be included in each side's portion of the Joint Pre-Trial Order in the same manner as would be deposition testimony under Judge Freeman's Standing Order. See Standing Order at III(A) & (B).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 5, 2026